UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
**Electronically Filed**

| | | |
|---|---|---|
| RACHEL CLARK, Administratrix of the Estate of JAMES RAY CLARK, deceased, and as Next Friend for Johnna R. Clark, a minor child, | ) ) ) ) ) | |
| PLAINTIFF, | ) | Case No. 3:07-CV-00339-JGH |
| and | ) ) | |
| KENTUCKY ASSOCIATED GENERAL CONTRACTORS SELF-INSURANCE FUND | ) ) ) | |
| INTERVENING PLAINTIFF | ) ) | |
| v. | ) ) | |
| HUBER TIRE, INC., and BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, | ) ) ) ) ) | |
| DEFENDANTS. | ) | |

## BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC's EXPERT DISCLOSURES

Defendant Bridgestone Americas Tire Operations, LLC submits the following Expert Disclosures pursuant to Federal Rule of Civil Procedure 26(a)2.

1. Allen Powers, P.E.
Doughty and Powers Engineering, LLC
5929 Knight Avenue
Tuscaloosa, Alabama  35405

Mr. Powers' report and CV are attached. Because discovery is ongoing, Mr. Powers reserves the right to supplement or amend his report.

2. Dagmar Buzeman Jewkes, Ph. D.
Jewkes Biomechanics LLC
599 McDade Street
Tyrone, Georgia 30290

Dr. Jewkes' report is attached. Because discovery is ongoing, Dr. Jewkes reserves the right to supplement or amend her report.

3. Gary M. Richetto, Ph. D.
9711 South Sandusky Avenue
Tulsa, Oklahoma  74137

Dr. Richetto's report and CV are attached. Because discovery is ongoing, Dr. Richetto reserves the right to supplement or amend his report.

4. Richard J. Fay, M.S., P.E.
Fay Engineering Corp.
5201 East 48th Avenue
Denver, Colorado 80216

Mr. Fay's report and CV are attached. Because discovery is ongoing, Mr. Fay reserves the right to supplement or amend his report.

5. Norris D. Hoover
Fay Engineering Corp.
5201 East 48th Avenue
Denver, Colorado 80216

Mr. Hoover's report and CV are attached. Because discovery is ongoing, Mr. Hoover reserves the right to supplement or amend his report.

Respectfully submitted,

/s/ Susan S. Wettle
Charles M. Pritchett, Jr.
Susan S. Wettle
**FROST BROWN TODD LLC**
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
Telephone:  (502) 589-5400
Facsimile:  (502) 581-1087

cpritchett@fbtlaw.com
swettle@fbtlaw.com

and

Susan T. Dwyer
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
Telephone: (212) 592-1403
sdwyer@herrick.com

and

Richard H. Shliem, III
33742 W. 12 Mile Road
Farmington Hills, MI 48331-3358
Telephone: (248) 489-1100
rhsiii@ic.net

*Counsel for Defendant
Bridgestone Americas Tire Operations,
LLC, f/k/a Bridgestone Firestone North
American Tire, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of December, 2009, I electronically filed the following with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

jhmlaw@windstream.net
Joseph H. Mattingly III
Mattingly, Nally-Martin, PLLC

and

dbarnes@sobmlegal.com
dtucker@sobmlegal.com
David K. Barnes
Deanna M. Tucker
Schiller Osbourn Barnes & Maloney, PLLC
*Counsel for Defendant, Huber Tire, Inc.*

Robinsonwc@bellsouth.net
William C. Robinson
Mattingly, Simms, Robinson & McCain

*Counsel for Plaintiff*

lapple@uselliskitchenlaw.com
Laura B. Apple
*Counsel for Intervenor Plaintiff
Kentucky Associated General
Contractors Self-Insurance Fund*

I further certify that I mailed the foregoing document and the notice of electronic filing by U.S. Mail to the following non-CM/ECF participants: N/A

/s/ Susan S. Wettle
*Counsel for Defendant
Bridgestone Americas Tire
Operations, LLC, f/k/a Bridgestone
Firestone North American Tire, LLC*