# EXHIBIT 1

**DOUGHTY AND POWERS ENGINEERING, LLC**
CONSULTING ENGINEERS
5929 Knight Avenue
Tuscaloosa, Alabama 35405

# REPORT ON THE JAMES RAY CLARK
# ACCIDENT INVESTIGATION AND RECONSTRUCTION

Allen Powers, P E
December 22, 2009

This is a report of activities and conclusions concerning the investigation and reconstruction of the accident identified herein. The conclusions could be influenced by new information that becomes available at some later time.

**Accident Statistics:**

Driver:            Bryan D. Olson

Passenger:         James R. Clark, Passenger's Front Seat

Date:              April 10, 2006

Time:              3:30 p.m.

Vehicle:           2002 Ford F-350 Pickup

VIN:               1FDSF34L52EB53147

**Sources Examined for Information for Reconstruction:**

    1. The Accident Scene

    2. The Kentucky Traffic Collision Report and Technical Collision Investigation Case File including Total Station measurements

    3. The Accident Ford Pickup

    4. An Exemplar Ford Pickup outfitted similarly to the accident vehicle

    5. Provided Police photographs of the Accident Scene showing the Vehicle at rest

    6. Statement of Jesse White

    7. The Depositions of Bryan Olson, Anne Richardson, Rachel Clark, and Officer Greg Raque

    8. The Plaintiff's Expert Disclosure with Exhibits and the report of R. Vince Sayre

    9. Various Legal Documents Generated by Case Activities (See Appendix)

    10. Published Vehicle Data

**The Accident Description:**
Bryan Olson was driving a 2002 Ford F-350 work truck in the inside southbound lane of travel of I-265 in Louisville, Kentucky when a tire event occurred on the passenger side rear position of the vehicle. Subsequently, the vehicle moved leftward into the median and overturned multiple times. Both occupants were ejected. The passenger, James Clark, died.

**The Accident Scene:**
In the area of the accident, the road is angled from southwest to northeast in direction. For referenced directions, this report will adopt the officer's description indicating the accident vehicle was traveling southbound. The accident scene is on US I-265, also referred to as Gene Snyder Freeway, about a quarter of a mile south of mile marker 17 just south of the on ramp from Bardstown Road.   The highway has two concrete lanes abutted by concrete shoulders imprinted with rumble strips. The travel lanes are separated by a grass median with loose gravel near the concrete roadway edge. In the area of the accident the road is curving slightly (Radius of curvature approximately 5700 feet) and is fairly level. The center striping separating the travel lanes is a white stripe pattern with a white fog line at the outside edge of the travel lanes, and a yellow fog line at the inside edge. The posted speed limit is 65 mph.

Detailed measurements of the scene were taken with a total station instrument. The only accident related markings on the roadway were found on the southbound inside shoulder. A series of scrapes extending from the yellow lane line to the edge of the shoulder were documented. Photogrammetry techniques were used to replicate other accident related data shown in the police photographs. The scene was measured and photographed on November 29, 2009.

**The Accident Vehicle:**
Ford F-350:  The pickup was examined on November 30, 2009 in Louisville, KY. It was measured, photographed, and weighed. Vehicle damage, scraping and surface scratching were noted and measured.
The rear lights were enclosed in a sealed plastic case, complicating the examination of the bulb filaments. However, there appeared to be clear hot shock present in the running light filaments and the brake light filaments were indeterminate.
The right rear tire and wheel were missing at the inspection. The three tires on the vehicle were all LT265/75R16 Load Range E.
The vehicle airbag module was read. It contained no events.


Ford F-350 Exemplar:  An exemplar vehicle was measured on November 29, 2009. The exemplar vehicle was provided by Cundiff Steel Fabricators & Erectors and was inspected at their facility in Louisville, KY. This vehicle was

3

outfitted similarly to the accident vehicle, and was a sister to the accident vehicle. It was measured, photographed, and weighed.

**Observations and Opinions:**

- The accident photos taken by the police indicate the most northbound evidence of the accident is a tire mark made by the right rear tire. This tire mark travels straight for approximately 50 feet when the left rear tire starts leaving a mark on the road. After the left rear tire mark starts, the vehicle begins rotating counterclockwise and moving leftward toward the median. The right front tire begins leaving a mark just before it starts to cross the yellow fog line. The right front tire mark crosses the mark made by the left rear tire just before both exit the road surface to the left. As the right rear tire nears the yellow fog line, the rim starts making a scrape on the road surface.
- The vehicle travels off road for a short distance, overturns and begins rolling, passenger side leading.
- From the position at the start of the first tire mark to that mark leaving the road is approximately 199 feet.
- The distance of the vehicle center of gravity from leaving the road to trip is a little over 45 feet.
- From trip to rest, the vehicle center of gravity travels a little over 125 feet.
- The troopers located one of the vehicle occupants on the northbound concrete shoulder about 6 feet in front of the front bumper at the vehicle rest position. The other occupant was located by the troopers along the path about 62 feet prior to the passenger side of the vehicle rest position.
- Vehicle and scene evidence indicate 2½ rolls.
- Speed of the vehicle at trip is approximately 40 mph. Presuming no braking while the vehicle is on its wheels gives a speed at the start of the tire marks of low 50s in mph. Presuming full braking gives a speed of low to high 70s in mph. The nature of the tire marks and other evidence reflects heavy braking and therefore a speed of the vehicle at the start of the tire marks is in the 70s in mph.
- The total weight of the similarly equipped exemplar vehicle with similar weighted driver and passenger is 9150 lbs; GVWR is 9900 lbs according to the VIN label.

4

**Resume and Recent Testimony:**

A copy of my resume and recent testimony is attached.

**Fee Schedule:**

My fee schedule is $250 per hour, plus expenses required by the project.

Respectfully,

Allen Powers

Appendix

- Plaintiff's answers to interrogatories and responses to requests for production of documents propounded by defendant, Huber Tire, Inc.

5

- Plaintiff's answers to second interrogatories and responses to requests for production of documents propounded by defendant, Huber Tire, Inc
- Plaintiff's answers to interrogatories and responses to requests for production of documents propounded by defendant, Bridgestone Firestone North American Tire, LLC
- Income Tax Returns for James and Rachel Clark
- Repair, service, and Maintenance records for the Accident Vehicle
- James Clark worker's comp settlement documents
- Bridgestone Firestone North American Tire, LLC's Second Supplemental Responses To Plaintiff's First Requests For Production of Documents
- Bridgestone Americas Tire Operations, LLC's Second Supplemental Response to Plaintiff's First Interrogatories
- Bridgestone Americas Tire Operations, LLC's Third Supplemental Response to Plaintiff's First Interrogatories
- Responses of Defendant, Huber Tire, Inc, To Interrogatories and Requests For Production
- Plaintiff's answers to interrogatories and responses to requests for production of documents propounded by defendant, Bridgestone Americas Tire Operations, LLC, f/k/a Bridgestone Firestone North American Tire, LLC
- Accident vehicle title and registration documents
- Bridgestone Firestone North American Tire, LLC's Response to Plaintiff's First Interrogatories
- Bridgestone Firestone North American Tire, LLC's Response to Plaintiff's First Requests for Production of Documents
- Bridgestone Firestone North American Tire, LLC's First Supplemental Response to Plaintiff's First Interrogatories
- Officer Greg Raque's File from the Louisville Metro Police Department
- Police Records and Photographs from the Louisville Metro Police Department
- Carl Sandler's Mechanical Inspection report for the Traffic Bureau, Louisville Metro Police Department
- Bryan Olson's Employment Records
- James Clark's Employment Records
- Cundiff Steel Employee Safety policies
- Cundiff Steel Insurance Correspondence and Workers Comp Documents
- List of contents that were destroyed during the accident in the vehicle
- Cundiff Steel Employment Records



# *Doughty & Powers Engineering, L.L.C.*
## Consulting Engineers
5929 Knight Avenue, Tuscaloosa, Alabama 35405
### Phone:  **(205) 758-4488**  Fax: (205) 758-4489

Below is a listing of rates and fees for Consulting Services:

- **Julian O. Doughty**  - $250 per hour

- **Allen K. Powers** - $250 per hour

- **Joey K. Parker** - $200 per hour

- **Charles R. Evees** - $250 per hour

- **Engineering Support** - $100-$150 per hour (varies, depending on service and assistant used)

- **Administrative Support**- $40 per hour (printing of photographs, research, and clerical support,  etc.)

- **Expenses** directly related to case

- **$.55 per mile for travel** directly related to case

# Allen K. Powers, P.E.
## Depositions/Trials

| DATE | CASE | TYPE | ATTORNEY | PLACE |
|---|---|---|---|---|
| 3/21/1997 | Johnson v. Wells Tractor | Depo/D | F. Gilliland | Birmingham |
| 5/13/1997 | Pate v. Trucks For You | Depo/D | K. Simms | Birmingham |
| 9/9/1997 | Wells v. Watson-Chalin | Depo/D | D. DeCoudres | Birmingham |
| 10/17/1997 | Browder v. General Motors | Depo/D | A. Thomas | Birmingham |
| 5/19/1998 | Baldwin v. Lewis | Depo/D | R. Fikes | Walker County |
| 6/9/1998 | Baldwin v. Lewis | Trial/D | R. Fikes | Winston County |
| 8/13/1998 | Milligan v. Construction Materials | Depo/D | J. Adams | Morgan County |
| 9/28/1998 | Roger Brown | Grand Jury | W. Hovater | Florence |
| 3/25/1999 | Hayslett v. Madison County | Depo/D | J. Rich | Madison County |
| 4/9/1999 | Stacy v. ABC Cutting | Depo/D | T. Higgins | Montgomery |
| 4/15/1999 | Milligan v. Construction Materials | Trial/D | J. Adams | Morgan County |
| 11/11/1999 | Wilcox v. Asphalt Contractors | Depo/D | T. Higgins | Montgomery |
| 12/2/1999 | Brown v. Bell Properties | Depo/D | K. Walker | Birmingham |
| 12/9/1999 | Brown v. Bell Properties | Depo/D | K. Walker | Birmingham |
| 12/22/1999 | Collins v. Valley Grading | Depo/P | D. Cutchen | Birmingham |
| 1/12/2000 | Parker v. McMillan | Depo/P | C. Harrison | Birmingham |
| 1/13/2000 | Whitlock v. USF Dugan | Depo/D | J. Davis | Tuscaloosa |
| 3/13/2000 | Parker v. McMillan | Depo/P | C. Harrison | Birmingham |
| 4/19/2000 | Paulley v. ATC | Depo/D | L. Fore | Louisville, KY |
| 5/1/2000 | Powell v. Brown | Depo/D | M. Tanner | Tuscaloosa |
| 5/15/2000 | Paulley v. ATC | Depo/D | L. Fore | Louisville, KY |
| 8/24/2000 | Kevin Hunter | Trial/D | R. Slate | Decatur |
| 9/15/2000 | Yasuda v. Werner | Depo/D | E. Elliott | Birmingham |
| 9/26/2000 | Cannon v. Dick Simon | Depo/D | B. Cooper | Birmingham |
| 10/19/2000 | Yasuda v. Werner | Trial/D | E. Elliott | Bessemer |
| 5/25/2001 | Meadows v. Hornady | Depo/D | E. McCafferty | Mobile |
| 6/13/2001 | Dykes v. Haven Steel | Depo/D | K. Gann | Birmingham |
| 7/13/2001 | McNinch v. Smith | Depo/P | T. Little | Tuscaloosa |
| 8/9/2001 | Hale v. Boyd Trucking | Depo/D | B. Mudd | Birmingham |
| 8/28/2001 | Graham v. J.C. Penney | Depo/D | B. Winters | Tuscaloosa |
| 10/12/2001 | Meadows v. Hornady | Trial/D | E. McCafferty | Mobile |
| 10/16/2001 | Wilson v. Armstrong Relocation | Depo/D | B. Carn | Andalusia |
| 11/29/2001 | State of Alabama v. Aprille Hayes | Trial | D. Johnson | Birmingham |
| 4/5/2002 | Redenburg v. Asplundh | Depo/D | R. Laffitte | Columbia, SC |
| 5/21/2002 | Todd v. Roadway | Depo/D | D. Manley | Birmingham |
| 6/14/2002 | McNinch v. Smith | Depo/P | K. Walding | Tuscaloosa |
| 6/21/2002 | Jones v. Newman Leasing | Depo/D | K. Simms | Birmingham |
| 7/19/2002 | Oliver v. A-1 Tree Service | Depo/D | E. McCafferty | Tuscaloosa |
| 7/22/2002 | Murray v. Helsel | Depo/D | K. Hitson | Mobile |
| 7/29/2002 | McNinch v. Smith | Trial/P | K. Walding | Dothan |
| 8/1/2002 | Murray v. Helsel | Depo/D | K. Hitson | Mobile |
| 8/30/2002 | Owens v. Walker | Depo/P | C. Harrison | Birmingham |
| 11/12/2002 | Walls v. GM | Depo/F | S. Cash | Birmingham |
| 11/25/2002 | Howard Transportation | Depo/D | P. Norris | Birmingham |
| 3/6/2003 | Bowman v. Powell Trucking | Depo/P | J. Taylor | Jackson |
| 4/24/2003 | Reese v. Brown Mechanical | Depo/P | D. Peterson | Birmingham |
| 5/15/2003 | Nicholson v. McCabe | Depo/D | K. Simms | Birmingham |
| 6/19/2003 | Blackwell v. Carter Brothers | Depo/D | P. Collins | Birmingham |
| 7/29/2003 | Bowman v. Powell Trucking | Trial/P | J. Taylor | Meridian, MS |

## Allen K. Powers, P.E.
### Depositions/Trials

| DATE | CASE | TYPE | ATTORNEY | PLACE |
|------|------|------|----------|-------|
| 8/27/2003 | Padgett v. Asphalt Contracting | Depo/D | H. Wilson | Montgomery |
| 10/1/2003 | Warren v. Around Town | Depo/D | K. Simms | Birmingham |
| 12/23/2003 | Jones v. Buchman & Leacy | Depo/D | E. McCafferty | Tuscaloosa |
| 1/5/2004 | Jones v. BFI | Depo/D | J. Dodson | Tuscaloosa |
| 3/15/2004 | Wooton v. BFI | Depo/D | H. Ferguson | Decatur |
| 4/7/2004 | Turner v. Packaging Materials | Depo/D | S. Cash | Cullman |
| 5/5/2004 | Stewart v. Old Dominion | Depo/D | D. Wilson | Birmingham |
| 5/20/2004 | Kelsoe v. Diamond Express | Depo/D | W. Sheehan | Montgomery |
| 9/27/2004 | Welch v. Pilot Travel Centers | Depo/D | B. Sutton | Atlanta, GA |
| 10/4/2004 | Beasley v. Merritt Equipment | Depo/D | A. Higgins | Montgomery |
| 12/7/2004 | Kelsoe v. Diamond Express | Trial/D | C W. Sheehan, Jr. | Montgomery |
| 3/30/2005 | Day/Yelvington v. Prestressed Concrete | Depo/D | J. Hodge Alves, III | Mobile |
| 5/6/2005 | Wheat v. Davenport | Trial/D | W.R. Chandler | Montgomery |
| 6/6/2005 | Nellis v. Johnson Logging | Depo/D | K. Hitson | Mobile |
| 9/1/2005 | Horace Hughes Accident | Depo/P | C. Rockefeller | Tuscaloosa |
| 11/22/2005 | DeLeon v. Wayne Farms | Depo/D | J. Henig | Montgomery |
| 2/28/2006 | Pittman v. City of Dothan | Trial/D | W. Nichols | Dothan |
| 9/8/2006 | Key v. WTI | Depo/D | V. Wells | Birmingham |
| 9/19/2006 | Hendrix v. Wood MFG/Marlar | Depo/D | M. Bloom | Birmingham |
| 10/11/2006 | Avery v. Southern Tank Leasing | Depo/D | R. Allison | Birmingham |
| 12/28/2006 | Chambers v. Newton | Depo/D | W. Sutton | Atlanta, GA |
| 1/9/2007 | Thomas v. Lemons | Depo/D | S. Colclough | Birmingham |
| 1/16/2007 | Fullerton v. B/F | Depo/D | D. Schliem | Birmingham |
| 1/22/2007 | Daniels v B.T.T. | Depo/D | R. Lewis | Mobile |
| 2/13/2007 | Cain v Reliable | Depo/D | K. Simms | Birmingham |
| 3/27/2007 | Battles v Butterly | Depo/D | D. McDowel | Birmingham |
| 3/29/2007 | Cartee v. Precise Cable | Depo/D | S. Evans | Birmingham |
| 4/20/2007 | Bolden v Old Dominion | Depo/D | M Williams | Birmingham |
| 5/21/2007 | Walton v TK Stanley | Depo/D | P. Bolvig | Birmingham |
| 7/19/2007 | Price v BF | Depo/D | M. Brosseau | Birmingham |
| 9/4/2007 | Robinson v Mosley Winch | Depo/D | C. Pryor | Tuscaloosa |
| 10/24/2007 | Popee v Center Point Fire & Rescue | Depo/D | W. Morse | Birmingham |
| 11/2/2007 | Schrimsher v Charter | Depo/D | B. Hair | Birmingham |
| 11/6/2007 | Cooper v Mattingly | Depo/P | R. Riley | Birmingham |
| 11/26/2007 | Griffin v Quality Carriers | Depo/D | T. Oliver | Birmingham |
| 11/30/2007 | Hogland v Watkins Trucking | Depo/P | R. Bohanan | Birmingham |
| 1/7/2008 | Griffin v Quality Carriers | Depo/D | T. Oliver | Birmingham |
| 1/17/2008 | Schrimsher v Charter | Trial/D | B. Hair | Birmingham |
| 3/18/2008 | Cleminson v. B/F | Depo/D | D. Schliem | Birmingham |
| 3/27/2008 | Schrimsher v Charter | Trial/D | B. Hair | Decatur |
| 5/6/2008 | Simpson v. Crete | Depo/D | B. Ross | Tuscaloosa |
| 6/10/2008 | Enriquez v. B/F | Depo/D | M. Brosseau | Birmingham |
| 7/9/2008 | Cooper v Mattingly | Depo/P | R. Riley | Tuscaloosa |
| 9/29/2008 | Dedrick v. Mobley | Depo/D | T. Higgins | Tuscaloosa |
| 10/16/2008 | Roy v. Star | Depo/D | B. Jackson | Birmingham |
| 11/6/2008 | Roy v. Star | Trial/D | B. Jackson, J. Shaw | Birmingham |
| 12/19/2008 | Babani v. BF | Depo/D | M. Brousseau | Birmingham |
| 2/5/2009 | IJ Foods | Depo/D | D. Hall | Birmingham |
| 2/12/2009 | Englebert v. UPS | Depo/D | C. Godwin | Birmingham |
| 2/17/2009 | Fountain v. AMR | Depo/D | B.McNeil | Mobile |
| 4/7/2009 | Fountain v. AMR | Trial/D | B. McNeil | Mobile |

Allen K. Powers, P.E.
Depositions/Trials

| DATE | CASE | TYPE | ATTORNEY | PLACE |
|---|---|---|---|---|
| 6/16/2009 | Smith v. Cato | Trial/D | T.Wheat | Birmingham |
| 7/9/2009 | Beard Logging (Poelinitz v.) | Depo/D | ·H.Pitts | Tuscaloosa |
| 10/22/2009 | Robertson v. Pollilucci | Depo/D | J.Sanders | Birmingham |
| 12/15/2009 | Vaughn v. BF | Depo/D | D. Schliem | Birmingham |

Allen K. Powers, P. E.
## DOUGHTY & POWERS ENGINEERING, LLC
5929 Knight Avenue
Tuscaloosa, Alabama 35405
Phone (205) 758-4488

---

## PROFESSIONAL EMPLOYMENT

August 1997
to
Present

**DOUGHTY & POWERS ENGINEERING, LLC, TUSCALOOSA, ALABAMA**
Vice President - Technical experience includes the application of engineering principles, theory and design. Have implemented standards, including safety standards, in the design process and have been involved in establishing and developing engineering standards. Have extensive experience performing analysis, research and computer simulations.
Forensic areas of investigation and reconstruction include: automobile, industrial, manufacturing, and farm accidents. Have investigated and reconstructed single vehicle, articulated vehicle and multi-vehicle accidents, including tractor and semi trailers. This includes: the determination of speeds, kinematics and dynamics of vehicles and the evaluation of performance at the component level.

January 1994
to
August 1997

**PRIVATE CONSULTING, TUSCALOOSA, ALABAMA,**
Traffic Accident Investigation and Reconstruction - Application of engineering principles and theory for the reconstruction of motor vehicle accidents. Capabilities include: computer crash analysis -- including 3-D simulation, survey quality scene data acquisition, and scale CAD drawings of scenes and vehicles. Began this part-time in 1982, and went full-time in January, 1994.

### RELATED CONTINUING EDUCATION

- **Northwestern University Traffic Institute Traffic Accident Reconstruction** course in Chicago, IL; April 4-15, 1994.
- **Engineering Dynamics Corporation EDCRASH** course on computer crash analysis in Los Angeles, CA; April 18-22, 1994.
- **Commercial Vehicle Accident Investigation and Reconstruction** course at Arkansas State University; June 10-14, 1996.
- **Engineering Dynamics Corporation Simulations (EDSMAC, EDSVS, and EDVTS)** course in Miami, FL; November 17-21, 1997.
- **Engineering Dynamics Corporation HVE Forums:** 1998, 1999, 2000 and 2005.
- **Heavy Vehicle Rollover TOPTEC** in Richmond, British Columbia, Canada; July 11-14, 2000.
- **Completed certification in the Vetronix Crash Data Retrieval (CDR)** course, at IPTM, in Jacksonville, FL; November 20-22, 2002.
- **Completed certification in the Bendix Commercial Systems' Air Brake Training School** in Elyria, OH; November 3-6, 2003.
- **Occupant & Vehicle Kinematics in Rollovers,** Detroit, MI; December 14-16, 2005
- **Caterpillar Electronic Technician,** Birmingham, AL; August 9, 2006
- **Detroit Diesel Electronic Reports;** Detroit, MI; August 14-15, 2006
- **CDR System Data Analysis Certification,** Bloomington, IL; September 2007
- **IATAI Traffic Crash Reconstruction Conference,** Bloomington, IL; September 2007
- **CDR Train-the-Trainer Course,** Houston, Tx; February 2008

| | |
|---|---|
| June 1995<br>to<br>May 2000 | **UNIVERSITY OF ALABAMA, TUSCALOOSA, AL**<br>Taught undergraduate classes in Thermodynamics and Engineering Design for the Mechanical Engineering Department, and Dynamics classes for the Aerospace and Engineering Mechanics Department. |
| Fall 1998<br>to<br>May 2000 | Director, Mechanical Engineering Design Clinic |
| June 1985<br>to<br>January 1994 | **SENIOR ENGINEER, TELEDYNE BROWN ENGINEERING, HUNTSVILLE, AL.**<br>Space Programs Division: Lead Design Engineer responsible for the mechanical development and design of several pieces of Ground Support Equipment (GSE). These were singular purpose design equipment to be used in the assembly and integration of Space Station Freedom. Performed configuration and verification analysis of flight equipment for SPACELAB payloads. This included testing and qualification of space flight hardware. Responsible for analysis and simulation of U.S. Laboratory automation elements, including the zero-G cutting and polishing unit and the glove box facility. Performed human factors modeling to establish design constraints and enhancements of the Space Station Material Sciences Glove box. Developed computerized kinematic man and woman models for human factors analysis of manned Space Station activities. Kinematic and dynamic analysis of a space based robot for the Space Station Laboratory. Wrote a torque/tension test plan for SPACELAB center aisle bolts.<br>Military Programs Division: Performed research on methods for slot cooling during hypersonic missile flight. Developed a computer code to perform parametric studies for missile fore body cooling effectiveness of different gases. Used Computational Fluid Dynamics (CFD) codes to determine properties around hypersonic missiles. Performed mass property and heat transfer analysis for the Air Force Improved Data Link (IDL) pod. Performed mass property analysis for the FOG-M program. |
| August 1984<br>to<br>June 1985 | **UNIVERSITY OF ALABAMA, TUSCALOOSA, AL.** Graduate teaching assistant. While taking graduate classes, taught undergraduate classes of Thermodynamics and the laboratory for Nuclear Engineering. |
| January 1983<br>to<br>August 1984 | **ENGINEER, NASA, MARSHALL SPACE FLIGHT CENTER, HUNTSVILLE, AL.**<br>Systems Engineer: Performed structural and systems engineering for the latching mechanism on the SPACELAB Instrument Pointing System (IPS). Responsible for the management and manipulation of real time data from experiments aboard the SPACELAB I mission, providing data to scientists and engineers operating consoles. Helped design and assemble experiment hardware for the Electrophoresis of Blood Cells Experiment for the Space Sciences Laboratory. Instrumented the experiment and wrote computer codes to collect, process and present the data. |

## EDUCATION

1985  University of Alabama, Tuscaloosa, Alabama. MS, Mechanical Engineering

1982  University of Alabama, Tuscaloosa, Alabama. BS, Mechanical Engineering - Honors Graduate.
Tau Beta Pi, Pi Tau Sigma, Alumni Honors Scholarship, University Honors Scholarship

## ORGANIZATIONS & HONORS

Distinguished Departmental Fellow, Department of Mechanical Engineering, University of Alabama
Professional Engineer -- State of AL -- License #20711
American Society of Mechanical Engineers
Society of Automotive Engineers
National Association of Professional Accident Reconstruction Specialists
AIAA Committee on Standards for Space Automation and Robotics, 1990, 1991