# EXHIBIT 2



**599 McDade Street**
**Tyrone, Georgia 30290**
**USA**
**(770) 632 1626**
**(404) 825-8764**
**dagmar@wer.com**

Ms. Susan S. Wettle
Frost Brown Todd, LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363

December 28, 2009

RE:   Rachel Clark, et al. v. Bridgestone Firestone, et al.

Dear Ms. Wettle,

I reviewed the materials that were received from your office and I inspected the accident scene, the subject vehicle and an exemplar vehicle. Furthermore, I determined the time and location of ejection for both occupants, and calculated the speed with which they impacted the ground prior to coming to rest. Finally, I analyzed statistical data with regard to injury and fatality risk versus belt-use and ejection. The biomechanical issues concerning Mr. Olson and Mr. Clark were evaluated based on the reviewed materials, the inspections and the calculations.

**Materials Received**

General
- Kentucky Uniform Police Traffic Collision Report
- Louisville Metro Police Department Traffic Bureau Technical Accident Investigation, Investigative Memo, dd. 4/17/2006
- Louisville Metro Police Department Traffic Bureau Technical Accident Investigation, Mechanical Inspection, dd. 4/17/2006
- Louisville Metro Police Traffic Bureau Collision File Tracking Record
- 88 Colored Copies of subject vehicle and tire photographs, taken at accident scene by police officer Greg Raque
- 7 Colored Copies of subject vehicle and tire photographs by police officer Greg Raque at unknown date.
- Cundiff's Steel Maintenance Records of the Accident Vehicle
- Service and Repair Records of Accident Vehicle

- 1 -

- Financial Statements of James R. Clark
- Transcript of Jesse White taped LMPD interview
- Application for Kentucky certificate of Bill Registration
- Art's Tune & Lube repair bills.
- Tire Resource Manual
- Consumer Tire Guide
- Tire Care and Safety Guide
- Truck and Light Truck Tires
- Motorist's Tire Care and Safety Guide
- Tire Replacement Guide for Light Trucks
- Automobile and Light Truck Tires
- Warranty Policy and Procedure Manual
- ODI Resume
- The Role of Tread/Belt Detachment in Accident Causation
- The Role of Blowouts in Accident Causation
- Tire Examination Following Accidents

<u>Legal Documents</u>
- Plaintiff's Expert Witness Disclosures Pursuant to F.R. Civ.P 26(a)(2)
- Plaintiff's Answers to Interrogatories and Responses to Requests for Production of Documents propounded by defendant, Bridgestone Firestone North American Tire, LLC
- Plaintiff's Answers to Interrogatories and Responses to Requests for Production of Documents propounded by defendant, Huber Tire, Inc.
- Plaintiff's Answers to Second Interrogatories and Responses to Requests for Production of Documents propounded by defendant, Huber Tire, Inc.
- Bridgestone Firestone North American Tire, LLC's Second Supplemental Responses to Plaintiff's First Requests for Production of Documents
- Bridgestone Americas Tire Operation, LLC's Second Supplemental Response to Plaintiff's First Interrogatories.
- Bridgestone Americas Tire Operations, LLC's Third Supplemental Responses to Plaintiff's First Requests For Production of Documents
- Responses of Defendant, Huber Tire, Inc., to Interrogatories and Requests for Production
- Plaintiff's Answers to Interrogatories and Responses to Requests for Production of Documents propounded by defendant, Bridgestone Americas Tire Operations, LLC, f/k/a Bridgestone Firestone North American Tire, LLC
- Bridgestone Firestone North American Tire, LLC's Response to Plaintiff's First Interrogatories
- Bridgestone Firestone North American Tire, LLC's Response to Plaintiff's First Requests for Production of Documents
- Bridgestone Firestone North American Tire, LLC's First Supplemental Response to Plaintiff's First Interrogatoeries

Medical Records
- University of Louisville Health Care Medical records of Mr. James Clark., dd 4/10/2006 to dd. 4/14/2006.
- Jewish Hospital Health Center Measde County, dd. 2/12/2002 to dd. 7/22/2004.

Depositions
- Mr. Bryan Olson, dd. 10/29/2009
- Ms. Rachel Clark, 9/12/2008
- Ms. Anne Richardson, dd.9/2/2009
- Officer Greg Raque, dd. 3/4/2009
- Ms. Pat Cundiff, dd. 11/12/2009
- Mr. Jeff Cundiff, dd 11/12/2009
- Mr. Gerald Cundiff, dd. 12/1/2009
- Mr. Fred Ralston, dd. 12/7/2009
- Mr. Glenn Corn, dd. 12/7/2009

Expert Reports
- Mr. Allen Powers, dd. 12/22/2009
- David J. Porta, Ph.D., dd. 8/18/2009
- William Spafford Smock, M.D., dd. 9/26/2009
- Mr. Dennis Carlson, M.S.M.E., P.E., dd. 9/28/2009
- Lawrence K. Lynch, dd. 6/9/2009
- R. Vince Sayre, P.E., dd. 9/28/2009

**Jewkes Biomechanics, LLC Work Product**

Scene Inspection
I participated in the inspection of the accident scene with Mr. Powers on November 29th, 2009, including photogrammetry of the original scene evidence and taking measurements of the scene. I took scene photographs.

Exemplar Inspection
On November 29th, 2009, I photographed and measured an exemplar Ford F-350 Super Duty truck, which was loaded with identical equipment as the subject vehicle. Measurements of both exterior and interior were taken, and interior head room, belt-webbing length and required belt-slack were determined for various scenarios using myself as a surrogate.

Subject Vehicle Inspection
The subject vehicle was inspected and photographed on November 30th, 2009. The equipment rack parts that had been disconnected in the accident were not present. The vehicle was measured on the exterior and interior, and the interior was examined for belt-use, interior contact marks and ejection portals.

Analytical Model
An analytical model was created of the vehicle to calculate the occupants' trajectories following ejection, as a function of the ejection portal, vehicle measurements and vehicle kinematics.

Statistical Analysis
NASS-CDS data from 1997 through 2005 was analyzed to determine occupant injury and fatality risk in rollover accidents as a function of ejection, as well as belt-use.

**Summary of Accident**

On April 10th, 2006, Mr. Olson was driving a Ford F-350 Super Duty truck equipped with a custom rack welder, 2 fuel tanks and various other equipment items on West-bound I-265 (Gene Snyder), when he lost control of the vehicle. The truck entered the median and rolled several times until it came to rest on the roof partially on the left shoulder of Eastbound traffic. All but the left rear tire were deflated at the vehicle's final point of rest. Both Mr. Olson and Mr. Clark were ejected. Mr. Olson sustained moderate injuries, while Mr. Clark was seriously injured, and died four days later.

**Important Observations**
SCENE- Parts of the equipment rack had been disconnected in the accident and were found.

Driver and right front passenger seat belts were in stowed position at the scene, while the center belt was buckled in the driver buckle.

EXEMPLAR VEHICLE- An equipment rack was mounted to the F-350 bed with both bolts and welds, running the full length of the vehicle bed and extending 41" over the passenger compartment. The height of the rack extended 28 ¼" above the bed, and had a minimum space above the roof of approximately 3".

33 ½" Shoulder belt webbing, and 35 3/8" lap-belt webbing was required to restrain the surrogate tightly and properly, when the D-ring was in the top position. Adjusting the D-ring to the lowest position would reduce the needed shoulder-belt webbing to 32 ½," without change to the lap portion.

Dependent on the D-ring position, the surrogate required a minimum of 7½ to 11" of additional belt-webbing to be able to make head contact with the roof, 3 ½ to 5" to reach the passenger side window header, and 2 ½ to 3" to touch the passenger side window.

SUBJECT VEHICLE- The passenger side of the equipment rack had been pushed down and bent laterally into the roof, deforming the roof downwards and

centrally. Obvious contact marks from the rack were identified on the exterior and interior of the right front door's window header.

The driver seat had 11" of space above the head restraint, which was almost 3" more than in the exemplar vehicle.
The surrogate was not able to sit up straight in the right front passenger seat, and had to lean over to the left while the head was still in contact with the passenger window header. The door had not been pushed as far as the frame laterally, such that a gap existed at the level of the window header. The opening was sufficient to fit the very vertex of the head between the frame and the door portion, and the lateral distance between the window and center of seat position was measured at 18".

Both the driver and passenger side windows had been rolled down prior to the accident, and were identified as exit portal candidates for the ejectees.

SEAT BELTS- The driver seat-belt was a shoulder and lap belt with sliding latch plate, and was found locked in stowed position. The D-ring was barely visible, and the visible part demonstrated a stationary webbing print in the dust. The latch plate cover showed no wear or load marks.
The center lap-only belt locked automatically and was buckled into the driver seat buckle.

The right front passenger seat-belt was a shoulder-lap belt with sliding latch plate. The D-ring was ½ " from the top position, and showed wear marks and dirt transfer unto the D-ring. The latch plate cover revealed some wear and polishing marks as well. No obvious load or burn marks were identified. The right B-pillar carrying the passenger D-ring was bent downwards, such that the D-ring position had moved 6" downward and 2 to 4" centrally from it's original position, and was now located slightly behind the passenger seat. Due to the D-ring position change, the surrogate needed 1 7/8 " less webbing to be restrained tightly and properly in the subject passenger seat.

MEDICAL- Mr. Olson sustained a fractured hand, three fractured ribs, a collapsed lung, a clavicle fracture and a head injury. He was able to return to work in September of the same year.

Mr. Clark was severely injured, sustaining severe traumatic brain injury, with hemorrhage extending into the basal ganglia, a subarachnoid hemorrhage, extensive blood throughout the third and lateral ventricles, a subdural hemorrhage, cerebellar herniation and brain edema. Furthermore, he sustained pelvic fractures with dislocation and large hematoma, pubic symphysis instability, a left kidney avulsion, multiple spleen lacerations with hemodynamic instability, multiple rib and tranverse process fractures with pleural contusion.

ACCIDENT RECONSTRUCTION – Mr. Powers' accident reconstruction report revealed that Mr. Olson was driving in excess of 70 mph as he lost control of the vehicle, yawed counter clockwise and left the roadway on the left. The vehicle was found to furrow into the median until the vehicle tripped and rolled 2 ½ times laterally until it came to rest on its top partially in the median and partly on the left shoulder of eastbound traffic.

Mr. Olson was found 58 feet from trip, while Mr. Clark was located 6 feet past the vehicle's front bumper at point of rest.

**Biomechanical Evaluation**

Rollover Statistics
Statistics of single vehicle rollovers were researched and an analysis of NASS data from 1995 to 2007 was conducted, to determine the occupant injury risk versus seat-belt use and ejection.

*Injury Risk versus Belt-Use – All occupants*
In single vehicle rollovers, the overall belt use was 74%, while belt-use was only 31% for MAIS4+ injured.

Only 1.5% of belted front occupants were severely or fatally injured (Maximum Abbreviated Injury Score 4+ or MAIS4+), while 10.5% of unrestrained occupants were.
NHTSA publication US-DOT 810-714 found a fatality risk of 0.5% for belted occupants, and 11.3% for unrestrained occupants in single vehicle rollovers.

*Ejection Risk*
NHTSA publication US-DOT 810-714 showed the complete ejection risk to be 0.5% for belted occupants and 23% for unbelted occupants. Parenteau et al. (SAE 2000-01-0633) found the corresponding percentages to be 0.1% and 18.3%. They also calculated the partial ejection risks and found them to be 0.8% for restrained and 7.9% for unrestrained occupants.
The statistical research conducted on 1995 to 2007 NASS data confirmed these trends: less than 0.1% of belted, and 18% of unrestrained were completely ejected, while partial ejection was found for 1.5% of the belted occupants and 6.5% for the unbelted.

*Injury risk versus Ejection*
Serious (MAIS3+) injury risk was 4% for non-ejected occupants, more than 30% for partially ejected and 60% for completely ejected occupants (Digges and Gabler 2006).
Our statistical analysis of 1995 to 2007 NASS data showed similar outcomes: 4% of the contained occupants were MAIS3+ injured, versus 55% of the completely ejected and 28% of the partially ejected.

*Injury Risk versus Restraint-Use for Non-Ejected*
Parenteau et al. (2000) illustrated the benefit of belt-use even for non-ejected occupants: more than five times as many unrestrained non-ejected occupants received serious or more severe head injuries than belted contained occupants did (5% versus 1%). Digges and Gabler found a similar ratio of 5 to 1 for the severe injury risk of unrestrained versus belted occupants that remained inside the vehicle.

The statistics research conducted in this study agreed with these results: 1.3% of belted versus 5.3% of unbelted occupants were severely and fatally injured while contained in the vehicle.

Mr. Olson
Mr. Olson was most likely ejected from the driver side window. The analytical model determined that Mr. Olson's location at point of rest was most consistent with ejection at approximately ¾ roll. The model was used to calculate his impact speed with the ground to be approximately 15 mph, after which he slid and tumbled to rest. The relatively low impact speed he experienced is consistent with the moderate nature of his injuries. Mr. Olson would have sustained minor injuries had he been restrained by the available shoulder-lap belt, and remained inside of the vehicle. The risk of neck or head injury would have been negligible, as Mr. Olson would have required 11" of belt slack to reach the roof or window header, while the driver side of the passenger compartment had negligible encroachment.

Mr. Clark
The ejection portal for Mr. Clark was most likely the passenger side window. He most likely exited the vehicle between ½ and ¾ roll, as the passenger side window was in the upward portion of the roll, such that Mr. Clark was launched ahead of the vehicle. The impact with the ground occurred at more than 40 mph, resulting in the severe injuries that lead to his death four days later. Mr. Clark had not sustained any serious injuries prior to exiting the vehicle.

Mr. Clark's ejection occurred prior to the severe passenger side equipment rack impacts which pushed the rack into the roof structure, and caused roof crush into the passenger compartment.

Had Mr. Clark been restrained, the vehicle motion would have led him to move up and out towards the window header, although the seat-belt would have restrained him from roof or window-header contact. The passenger side of the equipment rack impacted the ground most likely at approximately 1 ½ rolls, compressing the rack down onto the right edge of the roof and the window header of the passenger door and causing vertical roof crush into the passenger compartment. As the compression force on the rack progressed, the rack bent over laterally towards the center, deforming the roof and resulting in lateral intrusion of the roof structure into the right passenger's occupant space.

The contact marks from the rack unto the right front door window-header clearly show the vertical compression to have occurred prior to the lateral intrusion.

The vertical roof crush reduced the risk of Mr. Clark being partially ejected had he been properly belted, as the roof crush lowered the window header and reduced the opening for the head. With the tendency to move up and outward, Mr. Clark would have now been contacting the header with the side and top of his head, while the belt kept his body near the upright seating position. The successive lateral roof intrusion would maintain or increase the portion of the head being in contact with the window header, not reduce. Partial ejection would have been unlikely, had Mr. Clark been belted properly.

A belted Mr. Clark would not have sustained a serious head or neck injury without roof crush, as he would have needed approximately 8" to 11" of belt slack to contact the roof with his head. The vertical crush would have finished in head-to-roof contact. This contact is unlikely to have been severe, as the majority of the vertical roof deformation would already have occurred prior to the initial contact with the head, such that the head-to-roof impact speed was relatively low. Mr. Clark's head or neck injury risk would have been low during this roof-to-ground impact.

**Conclusion**

Based on the biomechanical evaluation of this accident, the ejection trajectory of Mr. Clark confirmed the trip speed as calculated by Mr. Powers. Mr. Clark's fatal injuries would have been prevented had he worn his seat-belt, and his risk of sustaining a serious head or neck injury would have been very low. Furthermore, it was concluded that Mr. Olson's injuries would have been reduced by proper restraint usage.
The conclusions expressed in this report are based on the information provided and tests performed. If additional documentation should become available, I would like to have the opportunity to amend my opinions and conclusions.

Dagmar Buzeman Jewkes, Ph.D.

# Dagmar Buzeman Jewkes, Ph.D.



**Office Address:**
599 McDade Street
Tyrone, GA 30290
Phone: (770) 632 1626
Cell: (404) 825 8764
Email: dagmar@wer.com

## EDUCATION

**Fall 1995-1998**
**PhD in Injury Prevention/ Crash Safety:** October 1998
**Chalmers University of Technology,** Department of Injury Prevention, Gothenburg, Sweden
**Thesis Title:** Car Compatibility in Frontal Crashes: New Methods to Determine the Influence of Mass, Structure, Stiffness, and Geometry, and their Interactions on Injuries.

**Fall 1990-1995**
**Masters of Science in Biomechanical Engineering,** July 1995
**University of Technology Eindhoven,** the Netherlands
Including courses and internships in chemistry, physics, anatomy, physiology, biochemistry, fluid dynamics, constitutive properties of (biological) materials.

## WORK EXPERIENCE

**January 2009**
- **Jewkes Biomechanics, LLC.**
- President of Jewkes Biomechanics, LLC
- Accident Reconstruction and Biomechanical Engineering

**October 1998- December 2008**
- Accident Reconstruction and Biomechanical Engineering, including:
  Vehicle and scene inspections, crash test analysis, full scale crash testing, vehicle interior and component measurements and testing, mathematical calculations and (MADYMO) simulations of vehicle and occupant dynamics and kinematics, relationships between personal injuries and accident loading conditions, injury causation, research, statistics, deposition and trial testimony

**November 1995- October 1998**
**Chalmers University of Technology,** Department of Injury Prevention/Crash Safety, Sweden
- Ph.D. Student, conducting research on 'Car Compatibility in Frontal Crashes', using statistics, crash testing and mathematical modeling to determine compatibility effects on occupant-injuries. Included:
  - Rigorous oral defense of thesis-work versus a panel of experts
  - Collaboration with various car-manufacturers
  - Oral presentations for several car-manufacturers and research institutions
  - Teaching lectures in Biomechanics, Traffic Safety and Multi-Body Dynamics
  - Providing MADYMO technical support for biomechanical research projects at Chalmers
  - Oral and written applications for project funding from the Swedish National Road Administration
- Expert advisor to the European Enhanced Vehicle-Safety Committee (EEVC), Compatibility Work Group.
- Courses in Advanced Calculus, Medicine, Advanced Statistics, Biomechanics, Epidemiology Statistics and Accidental Injury

**Summer 1996**
**Collision Safety Engineering,** Orem, UT
- Assisted in accident investigations, including scene and vehicle inspections
- Conducted a research project on (low-speed) rear-impacts, using MADYMO

**Summer 1995**
**TNO Crash-Safety Research Center/ TNO-MADYMO NA,** Detroit MI
- Expert/Technical Support Engineer of the commercial occupant safety software MADYMO at the new TNO-MADYMO North America office in Detroit, MI, USA

**Summer 1994**
**TNO Crash-Safety Research Center,** Delft, the Netherlands
- Developed a Mathematical Model of the New TNO 18-months old Child Dummy in MADYMO

**Fall 1993**
**Japan Automobile Research Institute,** Tsukuba City, Japan
- Internship: A Biomechanical Study on Knee-Injury Mechanisms During Lateral Impact, using MADYMO

**University of Technology Eindhoven, Netherlands** Department of Mechanical Engineering

**Fall 1994- 1995**
- Graduation research project: Developed a Finite Element Model of Porous Polymer Membranes.

| | |
|---|---|
| Spring 93 | • Internship: Studied brittle polymers to describe their mechanical behavior with a visco-elastic fluid model. |
| Summer 91, 92 | • Processing and Automation Laboratory. Performed an Experimental Parameter-Study of the Effect of Lubrication on Extrusion Processes. |

## TEACHING EXPERIENCE

| | |
|---|---|
| April 2009 | Presentation at SAE International Congress. Sessions: Rollover |
| March 2003 | Presentation at SAE International Congress. Sessions: Occupant Injury |
| March 2001 | Presentations at SAE International Congress. Sessions: Occupant Injury, Compatibility<br>Chair at SAE International Congress. Session: Rollover |
| April 2000 | **Chalmers University of Technology, Department of Machine and Vehicle Design, Gothenburg Sweden.** Invited guest lecturer in Advanced Traffic Safety |
| Fall 99-Spring 2002 | **Brigham Young University,** Department of Mechanical Engineering, Provo, UT<br>Senior Capstone Coach: supervisor of senior Mechanical Engineering students during an 8-months industrial design and development project.<br>Project 1 (1999-2000): Sealing of a Slit-Cannula for use of catheter introducing.<br>Project 2 (2000-2001): Design and development of an electrical circuit breaker, using a bi-stable compliant mechanism<br>Project 3 (2001-2002): Design and development of a constant-force compression spring using compliant mechanism technology |
| December 1999<br>March 1999 | SAE TOPTEC Accident Reconstruction. Invited speaker<br>Presentations at SAE International Congress. Sessions: Occupant Injury, Compatibility |
| 1995-1998 | **Chalmers University of Technology,** Department of Injury Prevention, Gothenburg Sweden<br>Guest lectures in Biomechanics, Traffic Safety and Multi-body Dynamics |
| Spring 1995<br>Spring 93, 94<br>Fall 1992<br>Fall 1992 | **University of Technology Eindhoven,** the Netherlands<br>• Teaching assistant Electronic Circuits<br>•           ,,           Control Engineering I<br>•           ,,           Control Engineering II<br>•           ,,           Mechanical Sketching |

## COMPUTER EXPERIENCE

*Operating Systems:* DOS, UNIX  
*Data Acquisition Programs:* TrackEye, Diadem, Igor Pro  
*Mathematical Programs:* MATLAB  
*CAD Programs:* Microstation 95  

*Finite Element Software:* MADYMO  
*Biomechanical Modeling:* MADYMO, Dynaman  
*Accident Reconstruction Software:* PC-Crash, Crash3, Edsmac  

## ACTIVITIES
Family, church, biking, running, swimming, tennis, skiing, singing, flying

---
*References Available Upon Request*

**RESEARCH PUBLICATIONS**

- Jewkes, D. B. (2009) Effect of Roll Velocity and Roof-to-Ground Impact Angle on Injuries in Lateral Rollovers. *SAE Paper No. 2009-01-0823. Presented at the SAE World Congress, April 2009, Detroit, MI.*
- Jewkes, D. B. (2003) Vehicle Acceleration and Compartment intrusion for Far-Sided Occupants v. Near-Sided Occupants in Frontal Offset Collisions. *SAE Paper No. 2003-01-0159. Presented at the SAE International Congress, March 2003, Detroit, MI.*
- Buzeman-Jewkes, D., Thomson, R.W., and Viano, D.C., "Crash Compatibility." Chapter 28 in Crashworthiness: Energy Management and Occupant Protection, edited by Jorge Ambrosio, *CISM Courses and Lectures No. 423, International Centre for Mechanical Sciences,* Springer Verlag, New York, ISBN 3-211-83334-X, pp 447-463, 2001.
- Asay, A. F.; Jewkes, D. B.; Woolley, R. L. (2002) Narrow Object Impact Analysis and Comparison with Flat Barrier Impacts. *SAE Paper No. 2002-2B-0069. Presented at SAE International Congress, March 2002. Detroit, MI*
- Jewkes, D. B. (2001) Reconstruction of Accident Severity in a Multiple Vehicle Collision. *SAE Paper No. 2001-01-1283. Presented at SAE International Congress, March 5-8, 2001. Detroit, MI.*
- Woolley, R. L.; Asay, A. F.; Jewkes, D. B.; Monson, C. (2000) Crash Testing With A Massive Moving Barrier As An Accident Reconstruction Tool. *SAE Paper No. 00B-159. Presented at SAE International Congress, March 6-8 2000, Detroit, MI.*
- Jewkes, D. B. (1998) Car Compatibility in Frontal Crashes: New Methods to Determine the Influence of Mass, Structure, Stiffness and Geometry, and their Interactions. *Thesis for the Degree of Doctor of Philosophy.* Chalmers University of Technology, Gothenburg, Sweden.
- Jewkes, D. B.; Viano, D. C.; Lövsund, P. (1999) Safety of a Downsized Vehicle Fleet: Effects of Mass Distribution, Impact Speed and Inherent Protection in Car-to_Car Crashes. *SAE Paper No. 1999-01-0074 in Proc. SP-1442. Presented at SAE Int. Congress, March 1-4 1999. Detroit, MI.*
- Buzeman-Jewkes, D. G.; Viano, D. C.; Lövsund, P. (1999) A Multi-body Integrated Vehicle-Occupant Model for Compatibility Studies in Frontal Crashes. *Journal of Crash Prevention and Injury Control Vol. 1:2*
- Buzeman-Jewkes, D. G.; Viano, D. C.; Lövsund, P. (1999) Use of Repeated Crash-Tests to Determine Local Longitudinal and Shear Stiffness of the Vehicle Front with Crush. *SAE Paper No. 1999-01-0637 in Proc. SP-1432. Presented at SAE Int. Congress, March 1-4 1999. Detroit, MI.*
- Buzeman-Jewkes, D. G.; Viano, D. C.; Lövsund, P. (1999) Occupant Risk, Partner Risk and Fatality Rate in Frontal Crashes: Estimated Effects of Changing Vehicle Fleet Mass in 15 Years. *Journal of Crash Prevention and Injury Control Vol. 2:1*
- Buzeman, D. G.; Viano, D. C.; Lövsund, P. (1998) Car Occupant Safety in Frontal Crashes: A Parameter-study of Vehicle Mass, Impact Speed and Inherent Vehicle Protection. *Accident Analysis and Prevention Vol. 30:6*
- Buzeman, D. G.; Viano, D. C.; Lövsund, P. (1998) Injury Frequency and Risk in Frontal Crashes: The Effect of Sorting Techniques on Priorities for Offset Testing. *Accident Analysis and Prevention Vol. 30:3*
- Buzeman-Jewkes, D. G. (1998) Local Longitudinal and Shear Stiffness of the Vehicle Front, and Vehicle Responses in Repeated and High-Speed Crash-Tests. *Internal Report 1998-08-17.* Chalmers University of Technology, Gothenburg, Sweden.
- Buzeman, D. G. (1997) Car-to-Car and Single Car Crash Compatibility: The Individual Effects of Mass, Structure, Stiffness and Geometry. *Thesis for the Degree of Engineering of Licentiate.* Chalmers University of Technology, Gothenburg, Sweden.

## DEPOSITION & TRIAL EXPERIENCE

| Case Name | Date | Testimony | Court | City | Party |
|---|---|---|---|---|---|
| Dickman v. Campbell | 03/10/99 | Deposition | Utah State | Salt Lake City, UT | Plaintiff |
| Smith v. Burgener | 06/29/99 | Trial | Utah State | Provo, UT | Plaintiff |
| McKenzie v. Turner Landscape | 01/06/00 | Deposition | Arizona State | Phoenix, AZ | Plaintiff |
| McKenzie v. Turner Landscape | 01/12/00 | Trial | Arizona State | Phoenix, AZ | Plaintiff |
| Johnson v. Moomey | 08/07/01 | Deposition | Wyoming State | Cheyenne, WY | Plaintiff |
| Herbas v. USA Postal Service | 11/05/01 | Deposition | Utah Federal | Salt Lake City, UT | Defense |
| Kostopoulos v. Pierce | 04/16/03 | Deposition | Illinois State | Chicago, IL | Defense |
| Archer v. National Freight, Inc. | 08/22/03 | Deposition | California State | Auburn, CA | Defense |
| Archer v. National Freight, Inc. | 10/03/03 | Deposition | California State | Auburn, CA | Defense |
| Owens v. Dick Simon | 9/17/04 | Deposition | Utah State | Salt Lake City | Plaintiff |
| Pierce v. Market et al. | 4/26/05 | Deposition | Illinois State | Chicago, IL | Defense |
| Kadre v. Bridgestone/Firestone | 1/19/06 | Deposition | California State | Los Angeles, CA | Defense |
| Fullerton v. Bridgestone/Firestone | 2/15/07 | Deposition | South Carolina State | Charleston, SC | Defense |
| Walton v. Bridgestone/Firestone | 11/14/07 | Deposition | Arizona State | Phoenix, AZ | Defense |
| Cleminson v. Bridgestone/Firestone | 03/20/08 | Deposition | South Carolina Federal | Beaufort, SC | Defense |

## FEE SCHEDULE 2009

| | |
|---|---|
| Case Work | $275/hr |
| Trial/Deposition Testimony | $275/hr |