# EXHIBIT 3

December 30, 2009

Susan S. Wettle, Esq.
Frost Brown Todd
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363

  Re: *Rachel Clark, et al. v. Bridgestone Firestone, et al.*

Dear Ms. Wettle:

As requested, I have reviewed the following materials regarding the above-referenced litigation:

  Pleadings;
  Request for Production documents;
  Pamphlets:
    "Are You Road Ready?"
    "Driver Fatigue and Road Trance"
    "Safe Vehicle Backing Fact Sheet"
    "Driving Distractions Fact Sheet";

  Booklets/Manuals:
    Firestone's *Passenger and Light Truck Tire Limited Warranty with Tire Maintenance and Safety Manual*;
    Tire Industry Safety Council, *Consumer Tire Guide: Things You Need to Know About Automobile and Light Truck Tire Care and Safety*;
    Rubber Manufacturers Association, *Tire Care and Safety Guide: Things You Need to Know About Automobile and Light Truck Tire Care and Safety*;
    Rubber Manufacturers Association, *Care and Service of Truck and Light Truck Tires*;
    Rubber Manufacturers Association, *Care and Service of Automobile and Light Truck Tires, Including Recreational Vehicle Applications*;
    Tire Industry Safety Council, *Motorists' Tire Care and Safety Guide*;
    *Tire Replacement Guide for Light Trucks*;
    Cundiff Steel Fabricators and Erectors, Inc., *Company Personnel and Regulations Manual* (June 1, 1998; revised June 30, 2000)

  Personnel Records of:
    James Clark
    Bryan Olson

  CDs/Photographs taken by:
    Officer Greg Raque, Louisville Metropolitan Police Department;
    Van Kirk, included in Expert Report of R. Vince Sayer, PE

Additional hard copy photographs of subject vehicle and accident scene;

Susan S. Wettle, Esq.
December 30, 2009
Page Two

        Louisville Metropolitan Police Department Accident Report;
        Memo to All Employees of Cundiff Steel Fabricators and Erectors from Gerald Cundiff, dated March 2, 2005;
        Transcript of taped interview of Jesse White by Louisville Metropolitan Police Department Officer Raque, dated April 10, 2006;

Expert Reports of:
    Dennis Carlson, MS, ME, PE, dated September 28, 2009;
    Lawrence K. Lynch, dated June 9, 2009;
    David J. Porta, Ph. D., dated August 18, 2009;
    R. Vince Sayre, PE, dated September 28, 2009; and
    William Smock, M.D., dated September 26, 2009

Deposition Transcripts of:
    Rachel Clark, taken September 12, 2009;
    Glenn Corn, taken December 7, 2009;
    Gerald Cundiff, taken December 1, 2009;
    Jeff Cundiff, taken November 12, 2009;
    Pat Cundiff, taken November 12, 2009;
    Bryan Olson, taken October 29, 2009;
    Fred Ralston, taken December 7, 2009;
    Greg Raque, taken March 4, 2009; and
    Anne Richardson, taken Septembr 2, 2009

I have reviewed these materials and the fact pattern of this incident within the analytical framework of Communication Theory (Source, Message, Channel, Receiver, Feedback). Based upon this analysis and my background, education and experience in Communication Theory and Human Factors (Warnings/Instructions), I have formed the opinions and supportive rationale discussed later in this report.

**Expert Qualifications**

Regarding qualifications to render expert opinions, I have enclosed a copy of my *curriculum vitae* and list of deposition and trial testimony provided during the previous four (4) years. In brief summary of these enclosures:

I hold a Ph. D. from Purdue University in Organizational/Interpersonal Communication with additional concentrations in Organizational Behavior and Consumer Psychology. I am a member of The Human Factors and Ergonomics Society, a Fellow of the American College of Forensic Examiners, and a member of the American Psychological Association. I have conducted original research and published peer-reviewed articles regarding the design and efficacy of product warnings, and have provided invited lectures, seminars and workshops addressing these topics at national meetings of various professional associations such as The Human Factors and Ergonomics Society, The National Safety Council, The Hand Tools Institute, and The Defense Research Institute.

Susan S. Wettle, Esq.
December 30, 2009
Page Three

In addition to these research activities and presentations, I have critiqued, designed, developed and field-tested dozens of product warnings and instructions for various manufacturers of consumer and industrial products which currently appear in the workplace and marketplace.

In summary of my litigation support activity, I have been qualified to provide expert testimony regarding the adequate communication of warning and instructional messages in Federal and State court jurisdictions since 1985, providing such testimony at the request of both plaintiff and defense counsel. As reflected in my second enclosure, I have testified regarding twenty-four (24) cases during the previous four years.

**Opinions and Rationale**

As requested, I have analyzed the adequacy of warning and instructional messages provided to principals involved in this incident regarding precautions and actions which, if heeded, may have enabled them to avoid this accident and subsequent injury and loss of life. My analysis has taken into account the adequacy of warnings and instructions provided them by Bridgestone Firestone, as well as those provided by owners/managers of Cundiff Steel Fabricators and Erectors, Inc. (Cundiff).

I have also analyzed the likely effect of additional warnings/instructions, if provided, on altering the behavior of Mr. Olson and Mr. Clark. This analysis has led me to the following opinions and conclusions:

1. As a source of warning and instructional messages, Bridgestone Firestone provided on-product information accessible to both Jimmy Clark (decedent and subject truck passenger) and Bryan Olson (subject truck driver) to facilitate proper use and safety. Specifically, this on-product message embedded in the subject tire states:

   > "Safety Warning—Serious Injury May Result From:
   > Tire failure due to underinflation/overloading—Follow
   > Owners Manual or tire placard in vehicle."

In the event that underinflation and/or overloading the subject Ford-350 light truck played a causal role in this incident, had Mr. Olson and/or Mr. Clark conducted a visual inspection of the truck's tires and taken corrective action prior to using the vehicle on April 10, 2006, this accident may have been avoided.

2. As a source of warning and instructional messages, Cundiff was unsuccessful in effectively communicating the necessity for employees using its fleet of trucks to conduct "walk around", visual inspections of these vehicles immediately prior to, and after, usage.

Specifically, while Pat Cundiff, Cundiff's President and CEO, testified that Company policy directed employees to inspect Company vehicles before and after use, including tire condition (Pat Cundiff Deposition, page 75), employees and other Cundiff managers/supervisors testified that they were

Susan S. Wettle, Esq.
December 30, 2009
Page Four

unaware of such policy (e.g., Gerald Cundiff Deposition, page 12; Jeff Cundiff Deposition, pages 61 and 71; Bryan Olson Deposition, page 40).

   3. As a source of warning and instructional messages, Cundiff employed multiple channels and modes to adequately inform its employees of the necessity for wearing seat belts when driving or riding in Company vehicles. Despite being provided this consistent message by multiple means, both Mr. Olson and Mr. Clark consciously ignored it.

Pat Cundiff testified that she personally told both Mr. Olson and Mr. Clark to wear seat belts when driving or occupying Company vehicles (op. cit., page 42), as well as providing them a Company memorandum to that effect which Mr. Clark tore to pieces, indicating he was not responsive to memos or seat belts (op. cit., page 44). Gerald Cundiff likewise testified to providing Cundiff employees a hand-written memo regarding the necessity for seat belt usage, motivated by observing employees traveling at a high rate of speed without wearing them (Cundiff memo dated March 2, 2005). Mr. Cundiff further testified that Mr. Clark's son, Justin, stated that his father did not believe in memos or seat belts (op. cit., page 43).

Such failure to heed multiple seat belt warning messages on the part of both Mr. Olson and Mr. Clark (each of whose seat belts were found buckled behind their seating positions after the accident), in addition to their consciously violating Kentucky state traffic law, leads to my fourth opinion:

   4. It is unlikely that additional warnings/instructions regarding the need to conduct visual inspection of Cundiff vehicles, including tire condition, immediately before and after use would have influenced Mr. Olson and Mr. Clark to do so.

This opinion is supported both by the fact pattern of this specific incident as well as substantial research literature. Among the more consistent and robust findings reported in the human factors and communication literature is the effect of product familiarity and "benign experience" on users attendance to, and compliance with, warnings and instructions regarding the product (e.g., Godfrey, Sandra S. and Laughery, Kenneth, R., 1984; Goldhaber, G.M. and deTurck, M. A., 1989; Karnes, et al., 1994).

Essentially, this line of research has demonstrated that once users have become familiar with a product (even if such use constitutes "misuse"), they are (a) unlikely to see out additional safety-related information regarding the product and/or (b) unlikely to be responsive to such information if it is provided.

In this instance, given years and miles of driving Cundiff company vehicles without incident, it is unlikely that Mr. Olson or Mr. Clark would have altered their behavior in terms of inspecting and using these vehicles. Just as they had become comfortable with ignoring seat belt admonitions from various sources and communication channels, they likely had become comfortable with their pre- and post- truck use routines.

Susan S. Wettle, Esq.
December 30, 2009
Page Five

5. While Cundiff management/supervision provided employees training materials regarding safe driving of Company vehicles, none of these materials addressed the proper handling of a vehicle in the event of tire damage, despite their awareness that these vehicles were used on work sites containing nails and other materials capable of puncturing tires.

Among other sources, Schwartz and Driver (1983) have documented the critical role of the employer in providing employee warnings and instructions specific to the workplace and task at hand. Their research has demonstrated that, while on-product warnings provided by product manufacturers are important, their effect is less impactful than those provided by employers and supervisors, particularly when supported by such administrative controls as disciplinary action to correct safety infractions.

In this instance, while Pat Cundiff testified that employees received various pamphlets regarding safe driving during weekly safety meetings (op. cit., page 93), my review of those documents identified no reference to appropriate actions to take in the event of a tire incident (e.g., both hands on steering wheel, foot off accelerator, avoidance of over-steering, gradual application of brakes, etc.).

Particularly in light of the Company's familiarity with employee work sites and recognition that these sites contained various materials capable of puncturing truck tires, Cundiff should have incorporated training and guidance which addressed safe vehicle handling in the event of tire damage. While it is uncertain what specific knowledge Mr. Olson possessed regarding this circumstance, such training and guidance (assuming he did not possess such knowledge) may have assisted him in avoiding or minimizing the effects of this accident.

As referenced earlier in this report, I have enclosed a copy of my cv and list of testimony for the previous four years. Further, as you are aware, my billing rate for all work performed is $400 per hour.

I reserve the right to amplify, modify or otherwise alter my opinions if my review of additional discovery materials which may be forthcoming should warrant doing so. In the interim, please do not hesitate to contact me at your convenience with any questions you may have regarding these opinions or enclosures.

Sincerely,

Gary M. Richetto

# References

Godfrey, Sandra S., and Laughery, Kenneth R., "The biasing effects of product familiarity on consumers' awareness of hazard", *Proceedings of the Human Factors Society 28th Annual Meeting*, 1984, pp. 483-486.

Goldhaber, G. M. and deTurck, Mark A., "A developmental analysis of warning signs: the case of familiarity and gender", *Proceedings of the Human Factors Society 35th Annual Meeting*, 1989, pp. 1019-1023.

Karnes, Edward D., Leonard, David S., and Rachwal, Glen, "Effects of Benign Experiences on the Perception of Risk", *Human Factors Perspectives on Warnings: Volume I*, 1994, pp. 105-109.

Schwartz, Victor E., and Driver, Russell W., "Warnings in the Workplace: The Need for Synthesis of Law and Communication Theory", *University of Cincinnati Law Review, Volume 52*, 1983, pp. 38-83.

# GARY MARSHALL RICHETTO, Ph. D.

| | |
|---|---|
| **ADDRESS** | 9711 South Sandusky Avenue<br>Tulsa, Oklahoma 74137<br>Office: (918) 492-6320<br>Residence: (918) 299-2998<br>Email: *gmrichetto@cox.net* |
| **PERSONAL** | Birth: Warren, Ohio, December 6, 1942<br>Married, one child |
| **COLLEGE EDUCATION** | B. F. A.<br>Ohio University (1964)<br>Major: Communication in Business and Industry<br><br>M. A.<br>Ohio University (1965)<br>Major: Organizational Communication<br>Minor: Management/Industrial Relations<br>Thesis: *A Study of the Further Construction and Test-Retest Reliability of a Paper-and-Pencil Examination of Semantic Awareness*<br><br>Ph. D.<br>Purdue University (1969)<br>Major: Communication (Organizational/Interpersonal)<br>Minors: Organizational Psychology; Consumer Psychology<br>Doctoral Dissertation: *Source Credibility and Personal Influence in Three Contexts: A Study of Dyadic Communication in a Complex Aerospace Organization* |
| **OTHER EDUCATIONAL EXPERIENCE** | Forty hours instruction and practicum in Transactional Analysis; three-day intensive applied workshop in Transactional Analysis in preparation for TA 101 and Special Fields Advanced Membership in the International Transactional Analysis Association (1972-73). |

The Menninger Foundation, Topeka, Kansas: trained as Professional Observer and Facilitator in The Menninger Executive Development Program (1977).

Twenty-four hours instruction in stress and stress management from Human Synergistics International (HSI); certification to employ HSI diagnostics and curriculum in private practice (1986).

Twenty-four hours instruction and twenty-four hours practicum from The Covey Leadership Institute (Provo, Utah); certification to facilitate "Seven Habits of Highly Effective People" three-day work shop and behavioral lab for corporate clientele (1995).

Twenty-four hours instruction from CDR Assessment Group, Tulsa, Oklahoma; certification to employ CDR diagnostics (*Drivers and Rewards, Character Assessment, Risk Assessment*) in private executive coaching practice (2003).

**BOARD CERTIFICATION**  Fellow, American Board of Forensic Examiners; American College of Forensic Examiners (1997).

Certified Management Consultant (CMC); Institute for Management Consultants, Washington, DC (2001).

**PROFESSIONAL APPOINTMENTS**  President, Triad Associates, Inc., Tulsa, Oklahoma, a consulting firm specializing in organizational communication: organization development; training and development; facilitation; and the design/development of product warnings and instructions (1982-present).

Co-Owner, MBC Associates, Inc., Tulsa, Oklahoma, an outplacement firm providing assistance to organizations and individuals experiencing career transitions (1986-present).

Vice President, Safety Synergistics International, Plymouth, Michigan, a consulting firm providing safety survey research, design/development of both proprietary and commercial safety simulation materials (1985-1995).

|                       | Director, Human Resources and Administration, Agrico Chemical Company (The Williams Companies), Tulsa, Oklahoma. Responsible for functions of Human Resources, Risk Management, Corporate Purchasing, and Admininistrative Services (1980-1982). |

Director, Human Resources and Administration, Agrico Chemical Company (The Williams Companies), Tulsa, Oklahoma. Responsible for functions of Human Resources, Risk Management, Corporate Purchasing, and Admininistrative Services (1980-1982).

Corporate Director, Organization Development, The Williams Companies, Tulsa, Oklahoma. Responsible for internal staff providing consulting services to Williams' operating subsidiaries (1975-1980).

Associate Professor, Department of Communication and Organizational Behavior, General Motors Institute (GMI), Flint, Michigan. Teaching assignments in communication, organization development and psychology; consulting assignments to GM's operating divisions in communication audits, organization development and Quality of Work Life (1972-1975).

Assistant Professor, Department of Communication and Organizational Behavior, General Motors Institute (GMI), Flint, Michigan. Teaching assignments in communication and organizational psychology (1971-1972).

**MILITARY APPOINTMENTS**   Captain, United States Army, General Staff, MACV Headquarters, Saigon, Republic of Viet Nam. Project Officer for Territorial Forces Evaluation System (TFES), monitoring combat performance of South Viet Nam's Regional and Popular Forces (1970).

First Lieutenant, United States Army, Combat Developments Command, Fort Belvoir, Virginia and the Pentagon. Director for Studies in Organizational Behavior, forecasting future military environments (1990s) and their implications for organizational design and staffing (1969).

**PROFESSIONAL ASSOCIATION LEADERSHIP APPOINTMENTS**   Director, Organization Development Division, American Society for Training and Development, Washington, DC. Responsible for direction of Executive Committee, planning, budgeting and providing services to the Division's 5,000 members (1983-1986).

Director, Organization Development Research Grant, American Society of Training and Development, Washington, DC. Responsible for establishing Grant recipient criteria, evaluating candidates and awarding Grant funds (1981-1986).

|  | Vice President and Director, Organizational Communication Division of the International Communication Association, Austin, Texas. Responsible for direction of Executive Committee, planning, budgeting and providing services to the Division's 2,000 members (1974-1975). |
|---|---|
| **EXPERT WITNESS EXPERIENCE** | Since 1985, involved in research and testimony as a human factors/ communication expert in product liability litigation. Testimony has focused largely on the application of Communication Theory to product warnings and instructions. Testimony has assisted counsel representing plaintiffs as well as defendants regarding the adequacy of product warnings and instructions. Testimony has been provided in depositions as well as during trials in both State and Federal jurisdictions. |
| **CURRENT RESEARCH ACTIVITY** | Presently conducting research, designing, developing and testing product warnings and instructions for various manufacturers. |
| **PROFESSIONAL SOCIETY MEMBERSHIPS** | American Psychological Association, Washington, DC, Industrial/ Organizational Psychology Division, Consumer Psychology Division, Experimental Psychology Division (1982-present). |
|  | Human Factors and Ergonomics Society, Santa Monica, California, Safety Division, Forensics Division, Consumer Products Division (1987-present). |
|  | American College of Forensic Examiners, Springfield, Missouri (1994-present). |
|  | Institute for Management Consultants, Washington, DC, (2001-present). |
| **HONORS AND AWARDS** | The Bronze Star (1970). |
|  | United States Army Commendation Medal (Twice: 1969; 1970). |
|  | Special Vietnamese Commendation Medal, Republic of Viet Nam (1970). |
|  | NASA Work-Study Fellowship, Marshall Space Flight Center, Huntsville, Alabama (1967-1969). |
|  | National Award for Excellence in Leadership, American Society for Training and Development (1987). |

**EDITORIAL APPOINTMENTS**  *Journal of Group and Organization Studies*, Review Editor; and Member of the Editorial Board (1986-1990).

*Organizational Communication Abstracts*, Member of the Editorial Board (1974-1989).

*Organization Development Journal*, Member of the Editorial Board (1983-1986).

**ADJUNCT TEACHING APPOINTMENTS**  Adjunct Executive Development Faculty, Graduate School of Business, University of Michigan, Ann Arbor, Michigan. Conducted monthly seminars in small group dynamics and coaching/counseling in the Business School's "Management of Managers" curriculum (1982-1989).

**COMMUNITY SERVICE**  University of Tulsa, Management Development Center Advisory Board (1975-1977).

President, Tulsa Child Welfare Advisory Board (1976-1977).

President, Leadership Tulsa (1978).

Leadership Tulsa Advisory Board (1979-present).

Vice President of the Board, "On The Bricks" (ex-offender rehabilitation services) 1977-1979.

Advisory Board Member, South Tulsa Community Mental Health Council (1983-1985).

Governor's Task Force on Drug and Alcohol Abuse, Community Mental Health Planning (1985-1986).

Parents Anonymous Advisory Board (child abuse prevention) 1980-1985.

Hillcrest Hospital Associates (1986-1996).

Tulsa Metropolitan Chamber of Commerce Task Force on Human Resources (1985-1990).

American Red Cross Board of Directors, Tulsa Chapter, Director, Planning and Development Committee (2003-present).

| | |
|---|---|
| **PUBLICATIONS: BOOKS** | *Information Strategies: New Pathways to Management Productivity*, with Goldhaber, G., Dennis, H. and Wiio, O. (Englewood Cliffs: Prentice Hall, 1979; SECOND ADDITION: Norwood, New Jersey, Ablex Publishers, 1984.) |
| | *Fundamentals of Interviewing*, with Zima, J., in *Modules in Speech Communication Series* (Chicago: Science Research Associates, Inc., 1976; SECOND ADDITION: 1982.) |
| | *Effective Presentations*, manuals; videotapes; and Instructor's Guide, (Chicago: Advanced Systems, Inc., 1978). |
| | *Effective Interviewing*, with Zima, J., manuals; videotapes; and Instructor's Guide (Chicago: Advanced Systems, Inc., 1975). |
| | *Effective Communication Series*, manuals and Instructor's Guide in conjunction with Berlo Communication Series (Chicago: Advanced Systems, Inc., 1975). |
| **PUBLICATIONS: ORIGINAL BOOK CHAPTERS** | "Organization Theory and Research", in *Communication Yearbook I*, Ruben, B., Editor, Transaction Books, International Communication Association, Publishers, 1977. |
| | "Transactional Analysis and Organization Development: Research Needs" with Baker, E. and Goldhaber, G., in *Transactional Analysis*, G. Goldhaber and M. Goldhaber, Editors, Allyn and Bacon, 1976. |
| | "Organizational Communication: An 'Unconventional' Perspective", in *Speech Communication, A Basic Anthology,* R. Applbaum, Editor, Prentice-Hall, 1975. |
| | "Organizational Behavior: An Approach to Human Communication", with Smith, R. and Zima, J., in *Approaches to Human Communication*, Budd and Ruben, Editors, Spartan Books, 1972. |
| **PUBLICATIONS: ARTICLES** | "Effectiveness of Alcohol Beverage Warning Labels: Effects of Consumer Information Processing Objectives and Color of Signal Word", with deTurck, M. and Goldhaber, G., *Journal of Toxics and Products Liability*. Vol. 17, 197-195. |

Effectiveness of Warnings on Alcoholic Beverages: Consumers' Information Processing Objectives and Level of Fear", with deTurck, M. and Goldhaber, G. and Young, M., *Journal of Products Liability*, Vol. 14, 1992, 329-339.

"Familiarity and Awareness: Effects of Conscious Versus Nonconscious Safety Information", with deTurck, M. and Goldhaber, G,, *Journal of Products Liability*, Vol. 14, 1992, 341-350.

"Effects of Fear-Arousing Warning Messages", with deTurck, M. and Goldhaber, G., *Journal of Products Liability*, Vol. 14, 1992, 217-223.

"Uncertainty Reduction in Product Warnings: Effects of Fear and Color", with deTurck, M. and Goldhaber, G., *Journal of Products Liability*, Vol. 13, 1991, 339-346.

"Uncertainty Reduction in Product Warnings: Effects of Fear in Signal Word and Hazard Statement", with deTurck, M. and Goldhaber, G., *Journal of Products Liability*, Vol. 13, 1991, 329-338.

"Effectiveness of Product Warnings: Effects of Language Valance, Redundancy and Color", with deTurck, M. and Goldhaber, G., *Journal Of Products Liability*, Vol. 12, 1989, 93-102.

"Feedback in the Executive Suite", *Training and Development Journal*. February, 1985.

"Organizations Circa 1990: The Demise of the 'Pyramid'", *Personnel Journal*, July, 1970.

"Who Has The Influence?", *Personnel*, June/July, 1968.

**PUBLICATIONS: MONOGRAPHS**  *Communication Audit of the Leon County School System: A Report to the Superintendent of Schools*, with Goldhaber, G. et al., 1978.

*Communication Audit of Wichita State University: A Report to the President*, with Goldhaber, G., 1977.

*Communication Study of Fisher Body General Offices*, General Motors Corporation, 1974.

*Communicaton Diagnosis of Chevrolet-Flint Engineering*, General Motors Corporation, 1973.

*Organizational Communication Conference Proceedings,* G. M. Richetto, Editor, NASA Publications, 1969.

**PROFESSIONAL PAPERS, PANELS AND SYMPOSIA**

San Francisco, 1998, National Annual Meeting of DRI. Delivered presentation on the application of Communication Theory to product warnings litigation.

Chicago, 1995, American Hardware Manufacturers Association. Delivered presentation on Communication Theory and served as panelist discussing warning pictographs.

Atlanta, 1993, Annual Meeting of the Human Factors Society. Conducted workshop on the design and testing of product warnings.

Orlando, 1990, Annual Meeting of the Human Factors Society. Conducted workshop on the design and testing of product warnings.

Lansing, Michigan, 1988. Conducted workshop on safety training simulations for the annual meeting of the American Society of Safety Engineers.

Atlanta, 1987, Annual Meeting of the American Society for Training and Development. Delivered presentation and conducted workshop on the application of group consensus principles in solving occupational safety problems.

Washington, DC, 1986, Annual Meeting of the American Society for Training and Development. Chaired Session on Applied Research in Organizations; awarded research grand in organization development.

Dallas, 1985, Annual Meeting of the American Society for Training and Development. Conducted full-day workshop on Organization Development with members of the OD Division Executive Committee.

Boston, 1984. Conducted two-day workshop on Organization Development sponsored by the OD Institute for members of the American Society for Training and Development.

Berlin, West Germany, 1977, Annual Meeting of the International Communication Association. Delivered two papers on results of communication audits in two client organizations and conducted workshop in Organizational Communication for international members of the Association.

New Orleans, 1974, Annual Meeting of the International Communication Association. Presented research results on the need for "communication specialists" in on-going complex organizations.

San Francisco, 1974, Annual Meeting of the International Transactional Analysis Association. Presented paper on research needs regarding the Application of Transactional Analysis principles in the field of Organization Development.

Philadelphia, 1974, Annual Convention of the Industrial Communication Council. Delivered presentation on methods for auditing communication systems and effectiveness in organizations.

Lincoln, Nebraska, 1974, University of Nebraska. Presented paper on the application of Transactional Analysis as an intervention strategy in organization development.

Detroit, 1974, Annual Meeting of the Hospital Food Services Association. Provided invited lecture on the "Transactional Manager".

Annual Meetings of the International Communication Association 1973-1975. Conducted a series of workshops on communication auditing methodology for the Association's international membership.

Albuquerque, 1973, Annual Meeting of the Western Speech Communication Association. Delivered presentation on the communication training of "change agents" involved in effecting change in organizational cultures.

Montreal, Quebec, Canada, 1973, Annual Meeting of the International Communication Association. Presented paper on contrasting the effectiveness of organizational communication systems.

Chicago, 1972, Summer Conference of the Speech Communication Association. Chaired panel on "careers in communication".

Atlanta, 1972, Annual Conference of the International Communication Association. Delivered presentation on the "relevance" of communication training.

Chicago, 1971, Summer Conference of the Speech Communication Association. Delivered presentation on the use of "communication Models" for classroom instruction.

Boyne Mountain, Michigan, 1971, Annual Meeting of the Michigan Food Services Association. Delivered presentation on organization development research in school systems.

West Point Military Academy, 1969. Presented paper on "emerging military organizational environments".

West Lafayette, Indiana, Purdue University, 1968, Annual Meeting of the Industrial Communication Council. Presented paper on communication field research conducted at one of NASA's key facilities focusing on decision-making behavior of engineers.

Gary M. Richetto, Ph. D.
Previous Expert Testimony
2005-2009 (* Designates Trial Testimony)

**2009**

China Star Oil Company, LLC v. Mac Oil Field Company, et al. v. Walter R. Davis;
Cause No. 45457-A; in the 42nd Judicial District, Taylor County, Texas

Oklahoma Cardiovascular Associates vs. Techtronic Industries North America, Inc., et al.

Katherine Craig v. Crown Equipment Corporation, et al.; In the Circuit Court of the City of
St. Louis, State of Missouri; Cause No. 052-09861; Division No. 9
Celeste Neaves, Individually and Next Friend for Jose Neaves vs. Marino Gonzales d/b/a
Covenant Contractors and Deere and Company d/b/a John Deere; Cause No. 2006-CI-
11379; in the 150th Judicial District, Bexar County, Texas*
Ramon Canaan v. Crown Equipment Corporation, et al.; Superior Court of New Jersey,
Law Division; Hudson County; Docket No. HUD-L-5823-06
Charlette Lachney, et al. v. Target Corporation; U.S.D.C. W.D. Oklahoma, No. CIV-06-
1389- HE (Consolidated Cases)

**2008**

AMCO Insurance Company as Subrogee of SAP, Inc., d/b/a Pizza Ranch and Iowa Theater vs.
Hunt-Wesson Foodservice, a Division of ConAgra Grocery Products, Inc., et al.: In
The Iowa District Court of O'Brien County, No. LACV 8196498*
Millie Jean Turley, spouse of decedent Timothy D. Turley vs. McNeilus Truck an
Manufacturing Company; In the Delaware County District Court of the State of
Oklahoma; Case No.: CJ2004-26
AMCO Insurance Company as Subrogee of SAP, Inc. d/b/a Pizza Ranch and Iowa Theater vs.
Hunt-Wesson Foodservice, a Division of ConAgra Grocery Products, Inc., et al; In
The Iowa District Court of O'Brien County; No. LACV 819649
Honeywell/Anderson vs. Gastite, et al.; Case No. CJ-2006-7907 & CJ-2007-895; District
Court of Tulsa County
Steven J. Headley and Susan M. Headley v. FERRO CORPORATION; United States District

Court Western District of Washington at Seattle;, NO. C07-0717JPD
Pablo Cabrales-Lozaro and Felipa Avila, et al. vs. Bridgestone/Firestone North America Tire, LLC, et al., District Court, City and County of Denver, Colorado; Case No. 2005 CV 5469

Jennifer Choi, et al. vs. BUDGET RENT A CAR SYSTEM, INC., et al. San Joaquin County Superior Court Case No. CV025193; Consolidated with Case No. CV026730

Anthony Aponte and Adeline Aponte vs. Illinois Tool Works, Inc. and ITW Ramset; Index No. 06 CV 06394 SLT/MDG; In the United States Court for the Eastern District of New York

## 2007

Barbara Shutt vs. MTD Products, Inc., et al.; Case No. 06-CV-006157; Court of Common Pleas, Franklin County, Ohio.

Ronald F. and Melinda Lauer v. Ellen Equipment Corporation, et al. Case No.: 2006CV 2577; El Paso County District Court, Colorado Springs, Colorado

Dorothy Gould vs. U-Haul Company of Arizona, et al.; In the District Court of Seminole County, State of Oklahoma, Seminole Division; Case No. S-CJ-02-54

Bonny Maloney and Robert Maloney versus Magic Circle Corporation and Westbank Schwinn; In the United States District Court, Eastern District of Louisiana; Civil Action No.: 06-2415

Tammy Gauf v. Liebherr-America, Inc., et al.; Case No: 6:05CV-2419-UWC; In the United States District Court, North District of Alabama, Jasper Division

## 2006

Brad Alfinger v. BSN Sports a/s/a Collegiate Pacific, Inc., et al.; In the District Court, Dallas County, Texas, 14th Judical District; Cause No. DC-05-12702

Bruce A. Glass, et al. vs. 3M Company, et al.; Court of Common Pleas, Auglaize County, Ohio, Civil Division; Case No. 2004-CV-0175

Laura Berry, et al. v. McNeilus Truck & Manufacturing, et al.; U.S.D.C., ED Cal. Case No. CIV.S-04-2701 DFL PAN

Gina Dorsey vs. Southland Flooring Supplies of Tulsa, et al.; In the District Court of Okmulgee Country, State of Oklahoma; Case No. C3-2003-272.

Farmers v. Gastite, et al.; United States District Court for the Western District of Oklahoma, Case No.: CIV-05-651C

Diana Helton, et al. v. Tarter Gate Company, LLC; Warren County Court of Common Pleas, State of Ohio; Case No.: 02 CV 59627

**2005**

Werner Unbreit vs. ABC Bus Leasing, Inc., et al; United States District Court;
    District of Nevada; No. CV-S-03-0247-JCM-PAL
Samuel Edwards v. PepsiCo, Inc., et al.; United States District Court, Eastern District of
    Oklahoma; Case No. CIV04-096-W*
Key Production Company v. Jaluca Operating Company, LLC, et al.; District
    Court of Oklahoma County, State of Oklahoma, Case No. CJ-2002*