# EXHIBIT 4



**FAY ENGINEERING CORP.**    5201 E. 48TH AVE. / DENVER, CO 80216 / 303-333-5209

## PRELIMINARY REPORT

Mr. Charles Pritchett, Jr.
Frost Brown Todd, LLC
400 Market St., Ste. 3200
Louisville, KY 40202-3363


SUBJECT:         *Rachael Clark v. Bridgestone Firestone, et. Al.*

REFERENCE:      Our File Number: 09-300

DATED:          December 30, 2009

PREPARED BY:    Richard J. Fay, M.S., P.E.

INTRODUCTION:    On 4/10/06, at approximately 3:00 p.m., a single vehicle rollover accident occurred on I-265, .2 miles south of MP 17 in Louisville, Kentucky. The accident involved a 2002 Ford F-350 chassis cab with a service body owned by Cundiff Steel Erectors. The vehicle occupants were the driver, Bryan Olson, and a passenger, Jimmy Clark. The Kentucky Uniform Police Traffic Collision Report states that the vehicle was southbound on I-265. The vehicle had a suspected tire failure on the rear passenger side. Driver lost control and went into the median and overturned, ejecting both driver and passenger through the driver's side window. Neither was wearing seat belts. The report states that contributing factors include the tire failure and other (including driver actions). The passenger, Jimmy Clark died as a result of injuries he sustained in the accident.

   I was asked to analyze the vehicle motions leading to its departure from the roadway.

EXAMINATION:    Pursuant to my assigned task, I have done the following:

1.      Reviewed the following documents.

   a.    The Kentucky Uniform Police Traffic Collision Report and photos;
   b.    The deposition transcripts of: Police Officer Greg Raque, Driver Bryan Olson, Witness Ann Richardson and plaintiff Rachael Clark;
   c.    Expert report draft of Allen Powers, P.E.;
   d.    Expert report of Norris Hoover;
   e.    Disc of photos by Van Kirk;
   f.    Mechanical Inspection Report by Carl Sanders, Louisville Police;
   g.    Service records of All-State Ford, Bob West and Sons Auto Repair and Art's Tune and Lube.

Mr. Charles Pritchett, Jr.
Frost Brown Todd, LLC
400 Market St.,Ste. 3200
Louisville, KY 40202-3363
09-300    page 2 of 4

2.      Obtained vehicle specification data for the Ford F-350 chassis cab.

3.      Reviewed statistical studies regarding the rate of tire disablements resulting in crashes.

4.      Reviewed literature concerning the causes of accidents.

5.      Reviewed testing and literature demonstrating that noise and vibration occur before tread belt separations and detachments.

6.      Reviewed my own testing and that of others of various tire disablements including tread belt separations and blowouts.

FINDINGS AND ANALYSIS: According to the police report, the accident occurred in daylight, on a dry road with the vehicle southbound. The accident scene photos show a straight section of a four lane divided interstate highway with a grassy median. The report indicates a speed limit of 65 mph. The report diagram shows tire marks that begin in the number one southbound lane, and then curve to the left across the paved shoulder then enter the median and continue curving southeast, leading to gouge marks and the vehicle at rest, on its top, facing southeast.

The collision involved a 2002 Ford F-350, 4x2 chassis cab equipped with a service body, with VIN lFDSF31L52EB53147 and Kentucky License 1AT471. The vehicle was equipped with a 5.4L V-8 gasoline engine, automatic transmission, rear ABS and rear wheel drive. The GVWR is listed as 9900 lbs. Accident scene photos show a portion of the tread detached from the right rear tire and show a flat tire mark on the pavement.

Bryan Olson testified that the vehicle had been pulling to the right on the day of the accident and there was something out of balance when they left the shop the day of the accident. He testified that he was traveling in the fast lane with the flow of traffic when he heard a loud noise from the rear that he associated with a blowout and does not recall anything about the subsequent accident. He indicated that the vehicle carried a welder and a torch with tanks and tools for the purpose of steel erection. Allen Powers indicated in his report that a sister vehicle similarly equipped and loaded weighed 9150 lbs with a driver and passenger.

The tires on the front and left rear of the vehicle were observed by Powers to be size LT265/75R16, load range E. The Van Kirk photos show them to be Firestone Steeltex Radial A/T. The right rear tire, according to the Mechanical Inspection Report of Carl Sanders, was an LT265/75R16, load range D. This tire is inappropriate for this vehicle since it is rated at 300 lb less then the required load range E.

The pull to the right and the vibration observed by Olson earlier in the day was evidence of under inflation and a need to check the tires on the right side of the vehicle. Correcting this problem might have prevented the on-road disablement.

Mr. Charles Pritchett, Jr.
Frost Brown Todd, LLC
400 Market St., Ste. 3200
Louisville, KY 40202-3363
09-300    page 3 of 4

The accident sequence was reconstructed by Allen Powers, P.E., who determined that the northernmost documented physical evidence was a 50 ft long straight tire mark at the right side of the number one southbound lane leading to tire marks indicating counterclockwise rotation toward the left median. He determined that the tire marks produced by the vehicle indicate heavy braking. The accident scene and vehicle evidence indicates that the vehicle rolled 2 ½ times to its point of rest on the east side of the median. He determined that the F-350 was traveling in the low 70's mph at the first observable tire mark.

The 50 ft. tire mark identified by Powers is shown in the police photos. It was made by a deflated tire. This is consistent with the testimony of Bryan Olson who heard a loud noise that he associated with a blowout.

Properly loaded vehicles with tire disablements such as tread-offs and blowouts can be safely brought to rest without ever leaving a normal travel lane, particularly on a straight road such as the section of I-265 in the area of the accident. After the loss of the right rear tire tread belt and subsequent air loss the F-350 would have been controllable. The deflation of the right rear tire did not cause the vehicle to go to the left. The loss of control was produced by an inappropriate steering response and a heavy brake application by the driver.

Tire disablements are an anticipated event, demonstrated by the fact that vehicles have spare tires and jacks, and that instructions for handling a vehicle in such an event are included in driver education and vehicle owner's manuals. There are many types of tire disablements. The most severe is the rapid total deflation. Others include slow deflation, partial or complete loss of the tread belt with or without deflation. A driver normally handles a tire disablement (including a blowout or a loss of a tread belt) on a straight road, in good condition, in good weather, with a properly loaded and properly functioning vehicle, without a control problem. The appropriate driver response to a tire disablement is to hold the vehicle on course and slow down, then pull over, as learned from experience and training.

Tread belt separation and loss is a common mode of failure of a radial tire. It is well known that the separation can be produced by a number of conditions including overload, poor steering alignment, under inflation, bad repair or impact damage. The loss of the tread belt is a gradual process, which generally begins at a small area and expands to the size that results in fragmentation or fracture of the tread belt. The developing tread separation causes vibration and noise that should alert a driver to a problem with a tire or wheel that requires attention. The vibration and the pull to the right noted on the day of the accident are consistent with a low tire and some other problem with the tire should have caused the driver to check the tires.

I have conducted tests with intentionally induced tire disablements, including rapid air loss on a Ford F-250 pickup, to study and understand the effects on the handling and controllability of vehicles. While it is obvious that a tire disablement will diminish the ability of a tire to function in its total capacity, it is also obvious from the results of these tests and others which have been reported in the literature over the years, that a vehicle can be temporarily operated with a disabled tire while bringing it to a controlled stop.

Mr. Charles Pritchett, Jr.
Frost Brown Todd, LLC
400 Market St.,Ste. 3200
Louisville, KY 40202-3363
09-300    page 4 of 4


<u>CONCLUSIONS:</u>      Based on the above Findings and Analysis, I conclude that:

1.     The tire disablement did not cause the vehicle motions identified in this accident.

2.     The Ford F-350 driver inappropriately continued to operate his vehicle at highway speeds with the indications of a developing tread separation.

3.     The driver failed to maintain steering control and applied heavy braking inputs that caused the F-350 to depart the roadway and rollover.

4.     These opinions are based on the materials reviewed and my experience, education and training and may be revised or amended as other materials become available.


Respectfully Submitted,

FAY ENGINEERING CORP.

Richard J. Fay, M.S., P.E.

RJF/dmm
Rjf

# PROFESSIONAL RESUME

RICHARD J. FAY

President, Fay Engineering Corp., 5201 East 48th Avenue, Denver, Colorado  80216

## EDUCATION

B.S. (Mechanical Engineering) University of Denver, 1959
M.S. (Mechanical Engineering) University of Denver, 1970

## PROFESSIONAL STATUS

Registered Professional Engineer in Colorado
Registered Professional Engineer in Nebraska

## SOCIETY MEMBERSHIPS

Member - American Society of Mechanical Engineers
          (Past Vice President - Region  XII)
          (Past Chairman, Colorado/Wyoming Section)
Member - National Society of Professional Engineers

Member - Society of Automotive Engineers
          (Past Chairman Colorado Section)
Member - Association for the Advancement of Automotive Medicine

Member - International Traffic Medicine Association

Member - La Societe des Ingenieurs de L' Automobile (France)

## CONSULTING ACTIVITIES

Application of vehicle dynamics and computer science in the analysis of complex vehicle, railroad and pedestrian accidents.  Uses computer simulation and computer graphics in the solution and visualization of vehicle, pedestrian and rail accidents. Areas of interest include vehicle handling associated with tire disablements, computer simulation of vehicle dynamics and driver inputs and the integration of computer simulation and computer graphics into real time video.  Has developed methods for using video to record nighttime visibility situations related to pedestrian and vehicular accidents.

Uses communication skills developed as an engineering educator and presenter of many scientific papers in conjunction with 2D and 3D computer graphics to aid in the clear and concise presentation of complex analytical results to non-technical audiences.

Has developed methods for incorporating testimony and exhibits into the paperless courtroom of the future.

ACADEMIC ACTIVITIES

Lecturer of Mechanical Engineering, University of Denver, 1970-74.
Assistant Professor, Basic Engineering, Colorado School of Mines, 1974-75, 1978-79.
Adjunct Professor, Mechanical Engineering, University of Colorado at Denver, 1980.
Subjects taught include:

| | |
|---|---|
| Engineering Graphics | Engineering Analysis and Design |
| Machine Design | Thermodynamics |
| Hydraulics | Senior Mechanical Engineering Project |
| Fluids and Heat Transfer Laboratories | |
| Projects Laboratory | |
| Topics in Heating Ventilation | |
| and Air Conditioning Engineering | |

Other academic activities include:  Faculty Advisor for the Student Section of the American Society of Mechanical Engineers and entry of winning vehicle in University of California Clean Air Race.

RESEARCH ACCOMPLISHMENTS

Testing of vehicle handling characteristics with tire disablements.

Use of Vehicle Event Data Recorder data in vehicle accident reconstruction.

Evaluation of the application of accident reconstruction and simulation software including:
        -HVE 2D and 3D.
        -EDVAP series.
        -LARM 2.
        -PC Crash.
        -AR98
        -CRASH3
        -SMAC
Study of acceleration pulses in human activities including staged vehicle collisions and amusement park rides.

Application of aerial photography to the study of vehicle accidents.

Application of computer graphics and computer simulation in the analysis of vehicle accidents.

3D analysis of vehicle rollover events.

Comparison study of computer simulation software for vehicle accidents.

Development of methods for video imaging in nighttime vehicle and pedestrian accidents.

Testing of seals for Wankle Engines.

Development of mechanical energy absorbing devices and their application in auto and aircraft safety and in industrial and transportation equipment protection.

Development of prototype vehicle with fuel economy, low emissions.

Development of scale modeling techniques for use in studying automobile crashes.

Development of an energy absorbing highway barrier to protect autos from impacts with fixed highway structures.

Study of the feasibility of using explosive energy in the autofrettage of thick-walled tubes.

Development of an air bag to reduce cranial accelerations on military aircraft crews during emergency landings.

A study of solid/gas reactions in closed vessels and the development of a means for predicting the reactivity of solid fuels.

A study of gaseous combustion in a confined vortex leading to the discovery that vortex flow is laminar rather than turbulent as was previously believed.

Development of a means for producing colored flames.

Development of methods for predicting the vulnerability of complex military targets to various damage mechanisms using principles of high energy mechanics, fracture mechanics, system analysis and digital computer solutions.

OTHER EXPERIENCE

SAE TOPTEC Seminars
     Rollovers
     Side impacts
     Passive restraints
     Vehicle accident reconstruction using 3D modeling
AAAM Seminar
     Biomechanics of Impact Trauma
GM Training Center
     Truck brakes
     Truck drive trains
Traffic Institute, Northwestern University
     Motorcycle accident reconstruction
Commercial Driver's License (CDL), class A, with endorsement for passengers

AWARDS AND RECOGNITION

American Society of Mechanical Engineers
        Distinguished service award

Society of Automotive Engineers
        Membership award

American Association of Engineering Societies
        Who's who in engineering

Listed in:
Who's Who in Science and Engineering
Who's Who in the West
Who's Who in the World
Who's Who in Finance and Industry

ENGINEERING DESIGN EXPERIENCE
Design of research equipment including:
        High speed dynamic impact testing machines operated by compressed. air
        Sled for simulating aircraft crash environments.
        Facility for conducting scale model auto crash tests.
        A confined vortex gas burner for producing extremely high temperatures.
        A burner for producing colored flames with a gelled pyrotechnic composition.
        An optical temperature measuring instrument.
        A cosmic ray telescope.

Design of machinery for use in the mining and sugar industries (Silver Engineering Works, Denver, Colorado
1960-63)  including:
        Heat exchangers
        Materials handling equipment
        Fluids handling equipment
        Fluidized dryers
        Fluidized retorts
        Combustion systems
        Mechanical dust collectors
        Hydraulic components and systems
        Control systems
Design of high temperature equipment (Denver Fire Clay Co. 1957-60) including:
        Combustion Systems
        Melting furnaces
        Heat treating furnaces
        Ceramic kilns
        Incinerators
        Control systems

PATENTS

      U.S. Patent No. 3,461,006 - Gelled Pyrotechnic Flare Composition
      U.S. Patent No. 4,447,881 - Flame Coloring Device
      U.S. Patent No. 3,749,205 - Metal Shearing Energy Absorber

PATENTS APPLIED FOR

      Improvements to an Existing Mechanical Energy Absorbing Device
      A Confined Dual Vortex Gas Burner

# PUBLICATIONS

Fay, Richard, Scott, John, Hoover, N. "Performance Evaluation of Cargo Straps Used in the Truck Transportation Industry." Presented at DEKRA VDI Symposium, 2009, Ladungssicherung auf Straßenfahrzeugen / Securing of Cargo on Road Vehicles. Eurospeedway, Lausitz, Germany. October 8, 2009.

Fay, Richard, and Fay, Patrick, of Fay Engineering "Reconstructing and Evaluating a Workplace Fatality Using Human Motion Capture" 08DHM-0029, Presented at the 2008 Human Digital Modeling Conference, Pittsburg, PA, June 2008

Fay, Richard, Robinette, Ric, Scott, John, Hoover, N. "Daily Vehicle Inspection and Vehicle Maintenance Issues in Accident Reconstruction" SAE 2007-01-0722, Presented at 2007 SAE World Congress and Exposition, Detroit, MI.

Fay, Richard, Robinette, Ric, Scott, John, Hoover, N. and Deering, Darrell, "Brake Performance Testing and Truck Runaway Analysis" SAE 2003-01-3396 presented at 2003 International Truck and Bus meeting and Exhibition, Ft. Worth, TX. Selected for SAE 2003 Transactions Journal of Commercial Vehicles.

Fay, Richard, Robinette, Ric, Scott, John and Deering, Darrell, "Using Event Data Recorders in Collision Reconstruction." SAE 2002-01-0535 presented at 2002 SAE World Congress and Exposition, Detroit, MI, March 2002.

Fay, Richard and Scott, John "Essential Considerations in Delta-V Determination." ATT 2001 01-3165, (01ATT-410) Automotive Transportation Technology Conference and Exposition, Barcelona, Spain, September 2001.

Fay, Richard J. and Robinette, Ric D. of Fay Engineering, "PC-CRASH and HVE, an Overview of Similarities and Differences," SAE 2001-01-0505, Society of Automotive Engineers International Congress and Exposition, March 2001.

Fay, Richard J. and Robinette, Ric D. of Fay Engineering, "Drag and Steering Effects From Disablements of Run Flat Tires," SAE 2000-01-1316, Society of Automotive Engineers International Congress and Exposition, March 2000.

Fay, Richard J. of Fay Engineering, "Advancements in Vehicle Rollover Analysis Using Computer Simulation and Visualization," 43 Annual Proceedings Association for the Advancement of Automotive Medicine, Barcelona, Spain, September 1999, Scientific Poster Presentation.

Fay, Richard J., and Robinette, Ric D. of Fay Engineering, "Vehicle Stability and Handling
    Characteristics Resulting From Driver Responses to Tire Disablements," ISATA
    99SF038 presented at the International Symposium on Automotive Technology
    and Automation, Vienna, Austria, June 1999.

Fay, Richard J., and Scott, John D. of Fay Engineering, "New Dimensions in Rollover Analysis,"
    SAE 1999-01-0448 presented at the Society of Automotive Engineers
    International Congress and Exposition, March 1999.

Fay, Richard J., and Robinette, Ric D. of Fay Engineering, "Drag and Steering Effects from Tire
    Tread Belt Separation and Loss," SAE 1999-01-0447 presented at the Society of
    Automotive Engineers International Congress and Exposition, March 1999.

Fay, Richard J. of Fay Engineering, and Siddall, Don of Engineering Dynamics Corp., "Using
    Imported Objects and Images in HVE," SAE980019 presented at the Society of
    Automotive Engineers International Congress and Exposition, February 1998.

Fay, Richard J., of Fay Engineering "Computer Images and Animations in Court," SAE970965
    presented at the Society of Automotive Engineers International Congress and Exposition,
    February 1997.

Fay, Richard J., Robinette, Ric D., and Deering, Darrell D. of Fay Engineering, "Drag
    and Steering Effects of Under Inflated and Deflated Tires," SAE970954
    presented at the Society of Automotive Engineers International Congress and
    Exposition, February 1997.

Fay, Richard J., Raney, Anne U., and Robinette, Ric D. of Fay Engineering "The Effect of
    Rotational Velocity at Occupant Location," SAE International Congress and Exposition,
    Detroit, Michigan, February 1996.

Fay, Richard J., and Gardner, Judith of Fay Engineering "Analytical Applications of 3-D
    Computer Imaging," SAE International Congress and Exposition, Detroit, Michigan, February 1996.

Fay, Richard J., of Fay Engineering "Computer Imaging and Animation in Court",
    Paper prepared for Nebraska Continuing Legal Education Inc., November 1995.

Fay, Richard J., of Fay Engineering "Truck Accidents," Presented at the Accidental Injury:
    Biomechanics & Prevention Seminar, University of California, San Diego,
    School of Medicine, November 1995.

Fay, Richard J., and Robinette, Ric D., of Fay Engineering "Delta V: - Basic Concepts,
    Computational Methods, and Misunderstandings," SAE940915 presented at
    the Society of Automotive Engineers International Congress and Exposition, March 1994

Fay, Richard J. "Scale Model Tests of Vehicle Motions," SAE International Congress and Exposition, Detroit, Michigan, March 1993.

Fay, Richard J., and Rex E. Paulsen. "Three-Dimensional Analysis of a Vehicle in Flight," SAE International Congress and Exposition, Detroit, Michigan, March 1993.

Fay, Richard J., and Ric D. Robinette. "Empirical and Pictorial Results of Vehicle Tip-Over Impact Tests," SAE International a Congress and Exposition, Detroit, Michigan, March 1993.

Fay, Richard J., and Victor D. Larson. "Truck Brake Systems and Truck Runaway." Industry Update, Vol. 1 No. 1, Summer 1991. Fay Engineering Newsletter

Fay, Richard J., Ric D. Robinette, and Victor D. Larson. "Engineering Models and Animations in Vehicular Accident Studies," SAE International Congress and Exposition, Detroit, Michigan, February 1988.

Fay, Richard J. "Models in Vehicle Accident Studies," Engineering Model Society Conference, May 1987.

Fay, Richard J., and Thurston. "Theoretical and Mechanical Models of the Human Neck," Office of Naval Research, Contract No. N00014-67-A-0394-003, June 1974.

Fay, Richard J., and M.A. Kaplan. "An Energy Absorbing Corrugated Metal Arch Buffer," Presented at the Highway Research Board Annual Meeting, Washington, D.C., January 1973.

Fay, Richard J. "Corrugated Metal Arch Barrier, Phase I, Scale Model Study," University of Denver, Colorado Department of Highways, December 1971.

Fay, Richard J. "Semi-trailer Support Energy Absorber," University of Denver, August, 1971.

Fay, Richard J. "Program for the Exploitation of Unused NASA Patents, Third Annual Report," University of Denver, July 1971.

Fay, Richard J., and A.A. Ezra. "An Assessment of Energy Absorbing Devices for Prospective Use in Aircraft Impact Situation," invited paper, Proceedings Structural Dynamics Symposium, Stanford University, June 1971.

Fay, Richard J. "Solid State Elevator Buffer," University of Denver, May 1971.

Fay, Richard J. "Scale Model Test of an Energy Absorbing Highway Buffer," Highway Research Record No. 343, 1971.

Fay, Richard J., R.E. Knight, and M.A. Kaplan. "Explosive Autofrettage of Cannon Barrels," Denver research Institute, July 1970.

Fay, Richard J.  "Program for the Exploitation of Unused NASA Patents, Second Annual Report."  University of Denver, July 1970.

Fay, Richard J., M.A. Kaplan, and R.J. Hensen. "Space Technology for Auto-Highway Safety," Highway Research Record No. 306, 1970.

Fay, Richard J.  "The Feasibility of Using the Pressure-Time Data from a Solid-Gas Reaction as a Measure of the Reactivity of a Solid Protechnic Material." Denver Research Institute, U.S. Navy, RDTR No. 133, August 1968.

Fay, Richard J.  "A Tubular Radiation Source Energized by Gaseous Composition in a Confined Vortices," Denver Research Institute, U.S. Air Force AFATL-TR-67-218, Denver 1967.

Fay Richard J., and J.P. Kottenstette.  "Vortex Combustion," invited paper, Proceedings Symposium, Technical Cooperation Program, 0.5 Pyrotechnics, China Lake, California, April 1967.

Fay, Richard J.  "The Feasibility of Utilizing the Confined Vortex as a Means of Signal Generation," Denver Research Institute, U.S. Air Force AFATL-TR-66-62, July 1966.

Fay, Richard J., and A.S. West.  "Terminal Lethality Analysis of a Shaped Charge Warhead Against the JS-3 Tank," Denver Research Institute, U.S. NOTS, June 1965.

### Richard J. Fay, Testimony 12/30/2009

| Date | Action No | Location | Title | D/T |
|---|---|---|---|---|
| 1/6/2006 | No: 5:04CV364 | The District Court, Northern District of Ohio | Marjorie Rosenthal, vs. Exfr., et al. vs. Bridgestone/Firestone, Inc. et al. | Depo |
| 2/8/2006 | No: BC3030151 | Superior Court of the State of California, Los Angeles Superior Court | Kabir Kadre, et al. vs. Bridgestone Firestone, et al. | Depo |
| 2/16/2006 | No: 04- 2781 | State of Louisiana, Parish of Ouachita, Fourth Judicial District Court | Bella vs. Yokohama Tire Corporation, et al. | Trial |
| 2/26/2006 | No: TC018647 | Superior Court of the State of California for the County of Los Angeles, South Central District. | Jimmy L. Chambers, vs. Union Pacific Railroad Company, a corporation, and DOES ONE through TWENTY inclusively | Depo |
| 4/18/2006 | No: 04 CV 5423 REC (SMS | United States District Court Eastern District of California -- Fresno Branch | Maria Guadalupe Contreras, individually and as Guardian ad litem for Yvonne Contreras and Alexander Contreras, vs. Bridgestone/Firestone North American Tire, LLC, Ford Motor Company, Sears, Roebuck and Company, and DOES 1 through 200, inclusive | Depo |
| 7/14/2006 | No: 04-18741 CA 11 | The Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida General Jurisdiction Division | Catalina Cruz and Jose R. Alvarez, her husband  vs. Bridgestone/Firestone North American Tire, LLC; Ford Motor Company; and Courtesy Ford, LLC, d/b/a World Ford/Kendall | Depo |
| 7/21/2006 | No: 03-06-41546-CV | The District Court of Jim Wells County, Texas, 79th Judicial Court | Theodore Allen Snelling, Jr. and Cheri Jene Snelling vs. Bridgestone/Firestone North American Tire, LLC; GCR Truck Tire Center; A & A Tire Service and Grey Wolf Holding Company | Depo |
| 8/8/2006 | No: 05 CV 305-D | United States District Court for The District of Wyoming | Paula Fegler, as Personal Representative of the Estate of Donald F. Pribbernow, deceased vs. Union Pacific Railroad Company, a Delaware Corporation | Depo |
| 9/22/2006 | No: 04CV233159 | Circuit Court of Jackson County, Missouri | Bella vs. Yokohama Tire Corporation, et al. | Depo |
| 10/26/2006 | No: 05 CV 305-D | United States District Court for The District of Wyoming | Paula Fegler, as Personal Representative of the Estate of Donald F. Pribbernow, deceased vs. Union Pacific Railroad Company, a Delaware Corporation | Trial |
| 1/5/2007 | No: 04-2164 | United States District Court Southern District of Indiana, Indianapolis Division | Susan Janssen, in her capacity as Guardian of the person and Estate of Vicki Janssen, an incapacitated person   vs. Bridgestone/Firestone North American Tire, LLC, a Delaware Limited Liability Company, formerly known as Bridgestone/Firestone, Inc., an Ohio corporation, and Ford Motor Company | Depo |
| 2/27/2007 | Civil Action No. 06-142 | The United States District Court for the District of New Mexico | Eric C. Werner, individually, as personal representative of decent, Jessica L. Werner and as next friend of minor children Emma N. Werner and Jackson T. Werner; L. Linfield Simon; and Susan R. Simon, vs. Bridgestone Americas Holding, Inc. and Bridgestone/Firestone North American Tire, LLC | Depo |
| 5/8/2007 | No: B-0176429 | The District Court of Jefferson County, Texas 60th Judicial District | Derrick Cezar, Individually and as next friend of Jasmine Cezar, Jarvis Ardoin, Lashasa Ardoin, and Lorenzo Ardoin vs Burlington Northern and Santa Fe Railway Corporation, Union Pacific Railroad Company, William Thibodeaux, Anthony Baker and Chris Johnson | Depo |

### Richard J. Fay, Testimony *12/30/2009*

| Date | Action No | Location | Title | D/T |
|------|-----------|----------|-------|-----|
| 5/15/2007 | No: 04-0305 | The United States District Court for the District of Colorado | Lesley Harrower, David Horrower and Michael Harrower vs. The National Railroad Passenger Corporation, et al. (a/k/a AMTRAK) The Burlington Northern and Santa Fe Railway Co., The State of Louisiana, through the Department of Transportation and Development, Mark Belton and Rory T. Lee | Depo |
| 7/3/2207 | No: 8:06CV331 | District of Nebraska | Kendall Bryce Walsh vs. Union Pacific Railroad Company, a Delaware Corporation | Depo |
| 7/10/2007 | No: CV0601518 | The District Court, District of Nevada | James J. Clark and Ruth Clark vs. Motor Cargo Industries, Inc., a foreign corporation; Chris L. Bishop, individually, et al. | Depo |
| 8/21/2007 | No: 06-228 | State of South Dakota, County of Pennington, In Circuit Court, Seventh Judicial Circuit | Ronald Quillen, individually, and as Guardian Ad Litem for Haiden Quillen, a minor child vs. Rapid City Regional Hospital, Inc. | Depo |
| 9/21/2007 | No: 06C-02352-3 | State Court of Gwinnett County State of Georgia | Allen Nathan Price vs. Bridgestone/Firestone North American Tire, LLC; Bridgestone Corporation; Bridgestone Americas Holding, Inc.; Auto Service Express, LLC; and Butler Automotive West, Inc. | Depo |
| 9/28/2007 | No: 07-CV-00384-REB-MJW | The United States District Court for the District of Colorado | Nikki Christensen and Clay Christensen, on behalf of the Decedent Stormy Nicole Christensen vs. BNSF Railway Company, a Delaware corporation | Depo |
| 12/7/2007 | No: CV05-3027-PHX-DKD | United States District Court, District of Arizona | Jonathan M. Walton; Clyde and Reeko Walton, parents of Jonathon M. Walton; Nicole Williams, individually and on behalf of Kaysi Walton, a minor child of Jonathan M. Walton vs. Bridgestone/Firestone, Inc., an Ohio Corporation; Bridgestone/Firestone Americas Holding, Inc., a Nevada Corporation; Bridgestone/Firestone North American Tire, LLC; a Delaware limited liability company; Sears, Roebuck and Co., et al. | Depo |
| 1/23/2008 | Case No. CIO 01-7891, No. 33 | The Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida | Christine Thompson, Guardian of the Person and Estate of Paul A. Thompson, an Incompetent Adult; Christine W. Thompson, Hollie Anne Thompson, and Christine W. Thompson, as mother and natural guardian of Justin Grant Thompson, a minor, vs. Bridgestone/Firestone, Inc., a foreign corporation; Bridgestone Corporation, a foreign corporation; Ford Motor Company, a foreign corporation, and Heintzelman's Truck Center, Inc., a Florida corporation | Depo |
| 1/29/2008 | No: 2006-40557 | The District Court of Harris County, Texas 189th Judicial District | Richard Haynes vs. Union Pacific Railroad Company, a Corporation | Depo |
| 2/2/2008 | No: 502007 CA | Palm Beach County Circuit Court, State of Florida | Catherine Telusme, etc. vs. Cooper Tire and Rubber Co., et al. and Tavilia Pierre, etc. vs. Cooper Tire and Rubber Co. et al. | Depo |

## Richard J. Fay, Testimony *12/30/2009*

| Date | Action No | Location | Title | D/T |
|------|-----------|----------|-------|-----|
| 2/19/2008 | Civil Action No. 1:04cv533HSO-RHW | United States District Court Southern District of Mississippi Southern Division | Anita Brown, wife of/and Jerry Brown, Cassie Wallace, wife of/and Brandon Wallace, Laquisha Aaron, wife of/and James Aaron, Arlenda Cox, Wife of/and Ricky Cox, Sandra Dutton Garner, Wife of/and Luther Alexander Garner, Robert Gooden, James Darnell, Robert Reyer, Brian Ferguson and Liberty Mutal Fire Insurance v. Ford Motor Company; Bridgestone/Firestone, Inc.; Bridgestone/Firestone North America Tire, LLC | Depo |
| 3/19/2008 | No: 502007 CA | Palm Beach County Circuit Court, State of Florida | Catherine Telusme, etc. vs. Cooper Tire and Rubber Co., et al. and Tavilia Pierre, etc. vs. Cooper Tire and Rubber Co. et al. | Trial |
| 3/25/2008 | No: 9:07-412-PMD | The United States District Court for the District of South Carolina, Beaufort Division | Judith Ann Cleminson vs. Bridgestone Americas Holding, Inc.; Bridgstone Firestone North American Tire, LLC; and Jennifer April Goodwin | Depo |
| 4/182008 | No: 2006-598 | The District Court of 4th Judicial District Rusk County, Texas | Finis Henry, Individually and as Administrator of the Estate of Wanda Jo (Sheppard) Henry, Deceased; and Bridget Henry, Individually vs. Burlington Northern Santa Fe Corporation, BNSF Railway Company, Steve McMahon, Union Pacific Corporation and Union Pacific Railroad Company | Depo |
| 5/20/2008 | No: 2006-598 | The District Court of 4th Judicial District Rusk County, Texas | Finis Henry, Individually and as Administrator of the Estate of Wanda Jo (Sheppard) Henry, Deceased; and Bridget Henry, Individually vs. Burlington Northern Santa Fe Corporation, BNSF Railway Company, Steve McMahon, Union Pacific Corporation and Union Pacific Railroad Company | Trial |
| 5/21/2008 | No: 07-CV-35 | The District Court, Boulder County, State of Colorado | Taylor Wycoff vs. Seventh Day Adventist Association of Colorado, a Colorado nonprofit corporation, Grace Community Church of the Assemblies of God, a Colorado nonprofit corporation | Trial |
| 6/2/2008 | No: 2:07-CV-00039-CSO | The U.S. District Court for the District of Montana, Butte Division | C. Thomas Messick, Individually, and as Personal Representative of the Estate of Theresa J. Messick, and Darrell E. Bowman, as Personal Representative of the Estate of Joan R. Bowman vs. Patrol Helicopters, Inc. | Depo |

Richard J. Fay, Testimony *12/30/2009*

| Date | Action No | Location | Title | D/T |
|------|-----------|----------|-------|-----|
| 6/10/2008 | No: 06-CA-635-10-W | The Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida | Michael Enriquez, Individually, Raquel Enriquez, His Wife, Individually; Michael Enriquez and Raquel Enriquez, As Parents and Natural Guardian of Minor Child MiAngle M. Enriquez, Malaki B. Enriquez and Misiaih M. Enriquez and Michael Enriquez, as Parent and Natural Guardian of Minor Child Melissa D. Enriquez vs. Bridgestone/Firestone, Inc., A Foreign Corporation; Ford Motor Company, A Foreign Corporation; Hooley Family Managemnet, Inc., A Florida Corporation, d/b/a Plantation Ford; Plantation Ford Leasing; McNeill Automotive, Inc., A Florida Corporation; Arbor Tree Management, Inc., d/b/a Coast Cadillac-Volvo Company; Carolyn T. Mills-Meyer, Individually, John M. Meyer, Individually, Linda L. Dickson, Individually , Dynamic Cars, Inc., A Florida Corporation; and Acosta Ambrosio, Individually d/b/a AA Tires; Adesa Florida, LLC, a Foreign Corporation and Sears, Roebuck and Company, A Foreign Corporation | Depo |
| 6/13/2008 | No. CIV.06-0538 BB/DJS | The United States District Court for the District of New Mexico | Carlos Cruz and Andres Hernandez vs. Bridgestone/Firestone North American Tire, LLC | Depo |
| 6/24/2008 | No: Civ. 05-488 | State of South Dakota, County of Lincoln | Leonard Block and Patricia Block, individually and as guardians ad litem of Burdette Block vs. Samuel W. Masten, a minor, by and through Kerry Lange, his guardian ad litem | Depo |
| 7/14/2008 | No: CV 24,338 | Seventh Judicial District Court, Parish of Concordia, State of Louisiana | Sommer Trunzler I/O/B/O Her Minor Daughters, Mary Kathryn Ferguson & Carree Elizabeth Ferguson vs. The State of Louisiana, Department fo Transporation and Development, et al. | Depo |
| 8/8/2008 | No: 06CV1107 | District Court, El Paso County, State of Colorado | Rick Maez and New Hampshire Insurance Company vs. Pride Mobility Products Corp., 2221 Bijou, LLC and Maxmed, Inc. a/k/a Rocky Mountain Medical Equipment Maxmed, Inc. a/k/a Demxam, Inc. | Depo |
| 9/5/2008 | No: 2006-3255 | 327th District Court, El Paso County, Texas | James Paul Yanez vs. Burlington Northern and Santa Fe Railway Company, Martin Luley, Fenando Arredondo, Daniel Sintas, Michael A. Ortega, II, Schwerman Trucking Company, Tre-pol, Inc., Helen Susan Coles, Trustee for the Estate of Otis C. Coles, Deceased, and on Behalf of the Coles Estates, Servi-Gas and Sevigas/Ikard | Depo |
| 10/22/2008 | No: 2:07-CV-00039-CSO | The United States District Court for the District of Montana Butte Division | C. Thomas Messick, Individually, and as Personal Representative of the Estate of Theresa J. Messick, and Darrell E. Bowman, as Personal Representative of the Estate of Joan R. Bowman vs. Patrol Helicopters, Inc. | Trial |
| 10/31/2008 | No: 2006-33091 | Judicial District Court of Harris County, Texas | Guadalupe Pecina, et al vs. Union Pacific Railroad Company and James Curtis Jeffers | Depo |
| 11/7/2008 | No: 06-2399-JAR-DJW-ECF | United States District Court, District of Kansas | Lyle R. Miller vs. Union Pacific Company and Waste Management of Kansas, Inc. | Depo |

## Richard J. Fay, Testimony *12/30/2009*

| Date | Action No | Location | Title | D/T |
|------|-----------|----------|-------|-----|
| 11/25/2008 | No: 08CV088-J | The United States District Court for the District of Wyoming | Clinton Kelly and Julie Kelly vs. Union Pacific Railroad Company, a Delaware corporation; and BJ Service Company USA, a Delaware corporation. | Depo |
| 1/20/2009 | No: Clv.07-4163 | United States District Court, District of South Dakota Southern Division | Mandi Leigh Gronseth vs. Chester Rural Fire Protection District and Chester Fire Department | Depo |
| 2/4/2009 | No: 2004-67031 | The District Court of Harris County, Texas, 152nd Judicial District | Tamara Lee Gradert vs. Union Pacific Railroad Company, Burlington Northern Santa Fe Railway Company and Montie R. Sims | Depo |
| 4/4/2009 | No: 1:06-CV-5833-SEB-JMS | The United States District Court, Northern District of Indiana, Indianapolis, Indiana | Nina Corpuz vs. Bridgestone/Firestone, Inc. et al | Depo |
| 4/30/2009 | No: BC380294 | Superior Court of the State of California for the County of Los Angeles, Central Judicial District | Angel Silva, Individually and as successor in Interest to the Estate of Daniel Joseph Silva, Stephanie Silva Ramirez, and Krystal Silva vs. Bridgestone Americas Holding, Inc., Bridgestone/Firestone North Amerian Tire, LLC, Tires to go, Inc., Ford Motor Company, and Does One Through One Hundred, inclusive | Depo |
| 6/11/2009 | No.: CV06-03038 | The Second Judicial District Court of the State of Nevada in and for the County of Washoe | Jennifer Vassaur vs. Chritina Johnson, et al. | Depo |
| 6/16/2009 | No.: CV2007-015422 | Superior Court of the State of Arizona, Maricopa County | Mark Orchard, et al. vs. Union Pacific Railroad Company, et al | Depo |
| 6/18-19/2009 | No: BC380294 | Superior Court of the State of California for the County of Los Angeles, Central Judicial District | Angel Silva, Individually and as successor in Interest to the Estate of Daniel Joseph Silva, Stephanie Silva Ramirez, and Krystal Silva vs. Bridgestone Americas Holding, Inc., Bridgestone/Firestone North Amerian Tire, LLC, Tires to go, Inc., Ford Motor Co | Trial |
| 7/9/2009 | Case No. 07-CV-1956 Case No. 07CV1957 CONSOLIDATED | The District Court of Sedgwick County, Kansas Civil Court Department | Luz Corral, and Karina Corral, a minor, by and through her next friend and parent, Luz Corral, Plaintiffs, vs. Continental Tire North America, Inc., a/k/a Continental General Tire, Inc., Jose Corral, Wal-Mart Stores, Inc., Wal-Mart Stores East, L.P., Wal-Mart Stores East, Inc., and Wal-Mart Associates, Inc., Defendants. | Depo |
| 7/21/2009 | Cause No. ADV 06-1218 | Montana Eighth Judicial District Court, Cascade County | Celeste Brennan as Guardian of the Person and Conservator of the Estate of Bryan M. Mizenko, and incapacitated and Protected Person vs. Bridgestone Firestone North American Tire, LLC; Ford Motor Company; Pete's Auto Incorporated; and Does 1 through 100 | Depo |
| 8/7/2009 | Case No. 051-10420 | In the Ciruit Court of the City of St. Louis, State of Missouri | Billie Gillenwater, Plaintiff, vs Burlington Northern and Santa Fe Railway Company, Danny Downs and Geoff Fleagle, Defendants and T.B.C., by and through Next Friend, Becky Dozier, Plaintiff vs Burlington Northern and Santa Fe Railway Compay, Danny Downs and Geoff Fleagle, and Steve Groves, Defendant Ad Litem for Ryan Gillenwater, Deceased, Defendants. | Depo |
| 8/27/2009 | Case No: 06-218 (14) | The Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida | Hortensia Palmira Garcia, as personal representative of the Estate of Antonio Sanchez Rodriguez etc. vs Ford Motor Company, a foreign corporation, et al. | Depo |

### Richard J. Fay, Testimony *12/30/2009*

| Date | Action No | Location | Title | D/T |
|---|---|---|---|---|
| 10/1/2009 | Civil Action File No. 06-CP-05-003, Civil Action File No. 06-CP-05-107, Civil Action File No. 06-CP05-90 | State of South Carolina in the Court of Common Pleas County of Bamberg | Connie Carson as Personal Representative of The Estate of Beryl Harvey, Plaintiff, V. CSX Transportation, Inc. and South Carolina Department of Transportation, Defendants. Connie Carson as Personal Representative of the Estate of Beryl Harvey, Plaintiff, V. CSX Transportation, Inc. and South Carolina Department of Transportation, Defendants. Frances Harvey, Plaintiff, V. CSX Transportation, Inc. And South Carolina Department Of Transportation, Defendant. | Depo |
| 12/17/2009 | Civil Action File No. 07-C-12965-1 | State Court of Gwinnett County State of Georgia | Kimberly A. Vaughn, Widow of Mark W. Vaughn, and Daisy Vaughn, Administriatrix of the Estate of Mark W. Vaughn, Plaintiffs v. Bridgestone Firestone North Aerican Tire, LLC, a Delaware Limited Liability Company, Ford Motor Company, a Delaware Corporation, GIP Atlanta-F, Inc, d/b/a/ World Ford Stone Mountain, a Georgia Corporation, Big 10 Tire Stores, Inc., an Alabama Corporation, and Shields Automotive Repairs, Inc,. a Georgia Corporation, Defendants. | Depo |



**FAY ENGINEERING CORP.**   5201 E. 48TH AVE. / DENVER, CO 80216 / 303-333-5209

*December 16, 2009*

| **PROFESSIONALS** | **BILLING RATES** | Consultation and Analysis and Testimony (per hour) |
|---|---|---|
| **President:** | | |
| Richard J. Fay, | M. S., P.E. | $275.00 |
| **Vice President:** | | |
| Ric D. Robinette, | M.S., P.E., ACTAR | 275.00 |
| **Senior Engineer:** | | |
| Rex E. Paulsen, | Ph.D., P.E. | 275.00 |
| John D. Scott | B.S., P.E., ACTAR | 200.00 |
| Roger E. Salters | Ph.D, E.E. | 200.00 |
| Carl F. Mangone | M.S., P.E. | 200.00 |
| Robert W. Hessek | B.S., P.E. | 180.00 |
| Randolph J. Harris | B.S., Ch.E., C.F.E.I. | 175.00 |
| John M. Huebsch | B.S., M.E. | 175.00 |
| **Transportation Specialist:** | | |
| Norris D. Hoover | | 200.00 |
| **Fire Specialist:** | | |
| Bruce Birza | | 125.00 |
| **Engineer:** | | |
| Adam A. Michener, | M.S., P.E. | 150.00 |
| **Computer Engineer:** | | |
| Patrick Fay | B.S., C.S. | 150.00 |
| **Computer Graphics Specialist/Technician:** | | |
| David Sparks | | 110.00 |
| Sean Willsey | | 110.00 |
| **Computer Graphics Technician:** | | |
| Jason L. Johnson | | 100.00 |
| Jason S. Smith | | 100.00 |
| **Senior Technician:** | | |
| Mark Robinette | | 100.00 |
| **TECHNICIAN B:** | | 70.00 |
| **TECHNICIAN C:** | | 60.00 |
| **ECM DOWNLOAD** | | $600.00 |
| **CRASH DATA RETRIEVAL** | | $250.00 |

*Clerical 40.00*
*Delivery 50.00*

**NOTES:**
(1)   A 10% handling charge will be added to all expenses incurred.
(2)   Terms of invoice: Net 30 days.