# EXHIBIT 5



**FAY ENGINEERING CORP.**   5201 E. 48TH AVE. / DENVER, CO 80216 / 303-333-5209

REPORT

Mr. Charles Pritchett, Jr.
Frost Brown Todd, LLC
400 West Market Street, Suite 3200
Louisville, KY 40202-3363

SUBJECT: Clark vs. Bridgestone Firestone, et. al.

REFERENCE: Our File No. 09-252

DATE: December 29, 2009

PREPARED BY: Norris Hoover, Risk Management Consultant

## INTRODUCTION:

On April 10, 2006 an employee of Cundiff Steel Fabricators & Erectors was driving a 2002 F-350 Ford Utility truck when the right rear tire lost it tread and air during the accident sequence. Bryan Olson lost control of the truck resulting in a rollover and ejecting both occupants resulting in the death of James Clark. I was asked to review the facts of this matter and render any conclusions relevant to the maintenance, driver conduct, and Cundiff Steel Fabricators & Erectors conduct as an employer and a small fleet owner and operator.

## DOCUMENTS & ITEMS REVIEWED:

Ford Truck Operators Manual for 2002 F-350;
American Trucking Association Technical Maintenance Council Guidelines;
Federal Motor Carriers Safety Regulations 49 CFR;
Gasoline Truck Index data for Ford Super Duty F-350 Chassis-Cab;
Light Truck Metric Tires load limit chart;
Expert VIN Data base for 2002 F-350 Ford Truck VIN 1FDSF34L52EB53147;
Service and Repair Records from Art's Tune & Lube;
Service and Repair Records from Bob West and Sons Auto Repair;
Service and Repair Records from All-State Ford Dealership;
Service Records from Jiffy Lube;
Service Records from Huber Tire Inc.;
Kentucky Uniform Police Traffic Collision Report dated 4-10-06;
Accident Scene pictures;
Plaintiff's Expert Witness Disclosures;

Mr. Charles Pritchett, Jr.
Frost Brown Todd, LLC
400 West Market Street, Suite 3200
Louisville, KY 40202-3363
09-252 Page2

Plaintiffs Answers to Interrogatories and Responses to Request for Production of Documents Propounded by Defendant Bridgestone Firestone North American Tire, LLC;

Plaintiff's Answers to Interrogatories and Responses to Request for Production of Documents Propounded by Defendant Huber Tire, Inc.;

Bridgestone Firestone North American Tire LLC Second Supplemental Response to Plaintiff's First Request for Production of Documents;

Plaintiff's Answers to Interrogatories and Response to Request for Production of Documents Propounded by Defendant, Bridgestone Americans Tire Operations, LLC f/k/a Bridgestone Firestone North American Tire, LLC.;

Bridgestone Americas Tire Operations, LLC Third Supplemental Response to Plaintiff's; First Request for Production of Documents;

Responses of Defendant, Huber Tire Inc. To Interrogatories and Request for Production;

Bridgestone Americas Tire Operations, LLC's Second Supplemental Response to Plaintiff's First Interrogatories. Bridgestone Firestone North American Tire, LLC; Response to Plaintiff's First Interrogatories;

Bridgestone Firestone North American Tire, LLC Response to Plaintiff's First Request for Production of Documents;

Plaintiffs Answers to Second Interrogatories and Responses to Request for Production of Documents Propounded by Defendant Huber Tire Inc.;

Cundiff Steel Insurance Correspondence and Workers Comp Documents;

National Highway Traffic Safety Administration Survey on Tread Separations and Tire Failures;

Deposition of Bryan Olson – Driver of Truck;

Bryan Olson Employment Records;

James Clark Employment Records;

Recorded Transcript of Jesse White by LMPD-date April 10, 2006;

Deposition of Rachel Clark – Wife of descendant;

Deposition of Officer Greg Raque -- Investigating Officer;

Deposition of Pat Cundiff – CEO;

Deposition of Fred Ralston – Huber Tire Partner;

Deposition of Glenn Corn -- Sales Mng Huber Tire Inc.;

Deposition of Jeff Cundiff -- Project Mng;

Deposition of Anne Richardson – Witness RN;

Bridgestone Firestone North American Tire Resource Manual;

Cundiff Steel Employee Safety Policies;

Consumer Tire Guide by the Tire Industry Safety Council;

Care and Service of Automobile and Light Truck Tires – RMA;

Bing Computer Search of Maintenance Programs.

2

Mr. Charles Pritchett, Jr.
Frost Brown Todd, LLC
400 West Market Street, Suite 3200
Louisville, KY 40202-3363
09-252 Page3

FACTS:

Accident occurred on April 10, 2006 at approximately 3:30 pm (1530) while traveling on I-265 southbound in the F-350 Ford Utility Truck.

Mr. Bryan Olson was driving and Mr. James Clark was in the passenger seat at the time of the accident. Both occupants were ejected in the rollover event. Neither occupant was wearing their seat belt.

Cundiff Steel Fabricators &n Erectors Inc. had in place a seat belt policy prohibiting the use of any company vehicle without the use of the occupant restraints.

Mr. Olson failed to maintain control of the vehicle and entered the median rolling over causing the fatal injuries to Mr. Clark.

The roadway was fairly straight at the accident site.

The 2002 F-350 Ford Truck had a Gross Vehicle Weight Rating (GVWR) of 9,900 lbs.

The truck at the time of the accident had approximately 45,000 miles on it. The vehicle was approximately four years old.

There is evidence Mr. Olson and Mr. Clark was using the vehicle without the permission of the employer Cundiff Steel Fabrication & Erection Inc.

Tire that deflated was a Firestone Steeltex Radial A/T LT265/75R16 Load Range D. There were other tires on unit #6 that were load range E according to the pictures taken post accident. Ford Motor Company, according to the data plate on the door sill, required load range E.

There was no evidence of a systematic preventative maintenance program performed on the subject truck.

There was no evidence of driver training or qualification to safely operate this vehicle.

There were no security programs in place on the day of the accident preventing someone from taking the vehicle without permission.

Cundiff Steel Fabrication & Erection Inc. had no requirement for any vehicle operator to check the vehicles on a daily basis prior to use. There was no detailed tire check requiring someone to check the air pressure in the tires.

Mr. Charles Pritchett, Jr.
Frost Brown Todd, LLC
400 West Market Street, Suite 3200
Louisville, KY 40202-3363
09-252 Page4

Cundiff Steel Fabrication & Erection Inc. had numerous flat tires due to picking up metal debris at the construction sites where they worked. There was no inspection program prior to leaving the job site for tire inspection.

DISCUSSION:

The accident occurred when Mr. Olson and Mr. Clark were returning from a job site back to the company's location. They were southbound on I-265 when the accident occurred.

In the process of the truck rolling, both the driver and the passenger were ejected from the truck. Both Mr. Olson and Mr. Clark had the habit of not wearing their seatbelts according to Pat Cundiff the CEO of the company.

It is a known fact you do not apply the brakes during the first moments of the tire failure. At no time during the event would you apply the brakes hard. You take your foot off the accelerator allowing the vehicle to slows down while counter steering allowing directional control of the vehicle. As the vehicle slow down, you can down shift the transmission to aid in the deceleration of the vehicle. Cundiff Steel Fabrication & Erection, Inc. had one other incident of rapid air loss from a tire by another employee and that person did not lose control of the truck.

The truck had approximately 45,000 miles on it at the time of the accident. Cundiff Steel had replaced the tires on this vehicle prior to the accident. The tires were purchased at Huber Tires Inc. The GVWR Gross Vehicle Weight Rating (GVWR) was 9900 lbs. Any vehicle with a GVWR of 10,001 lbs, 101 pounds heavier would be considered a commercial motor vehicle and fall under strict safety regulations imposed by the State and the Federal Motor Carriers Safety Regulations. The standard in the industry is to treat this size of vehicle, as if it was a commercial vehicle and follow the minimal standards set forth by the State's motor vehicle safety regulations. These regulations and industry standards can be obtained at the local driver's license office or online.

The industry standards are set by small, medium, and large fleets operating in a given sector of business such as Cundiff Steel Erectors. When small fleets establish their maintenance policies, they can consult with associations in their line of business, follow manufacturer guidelines, and research other industries that operate vehicle of this size relevant to what is the proper standard of care to safely operate a small fleet such as Cundiff Steel has. There guidelines set forth by the State Motor Vehicle Codes for vehicles that are similar to vehicles Cundiff Steel operates. There were many resources Cundiff Steel could have enlisted to properly maintain their vehicles.

There are many web sites where a person can obtain suggestions and guidelines as to what a preventative maintenance program would consist of relevant to the proper maintenance of tires. Trucks.org which is the American Trucking Association as a subdivision (TMC) Technical Maintenance Council that provide guidance for fleets, (NPTC) nptc.org, National Private Truck Council has support for small fleets There is no evidence that anyone at Cundiff Steel checked

4

Mr. Charles Pritchett, Jr.
Frost Brown Todd, LLC
400 West Market Street, Suite 3200
Louisville, KY 40202-3363
09-252 Page5

the air pressure in the tires or had any requirements in place to check the air pressure of the two F-350 Ford trucks they had in their fleet.

There is evidence of mismatched tires on the accident truck. The investigating Officer Carl Sandler indicated the tire that failed was a D load range tire and pictures taken at the post crash examination indicated other tires were E load range. The original equipment specifications call for load range E to certify the GVWR of 9900 lbs.

In the review of the documents presented for my review, I found no definitive evidence of a working risk management program as known in the customs and practices in any construction business. It was evident there was no management control imposed on the actions of the employees, no security of their vehicles, no proactive maintenance program relevant to preventative maintenance of the fleet.

Managers were making decisions on the fly without communication to the executive level of management that breached the company policies. The testimony of the company CEO indicated that Mr. Olson and Mr. Clark were using the truck without the permission of the company. This was in direct violation of company policies and should have been dealt with as soon as it was detected the truck was missing.

In the documents that were produced, for my review, I did not see any form or forms that would represent a daily vehicle inspection form. There were no periodic inspections, based on preventative maintenance conducted on this vehicle prior to the accident. Air pressure in tires is vital for proper operating and driving to sustain the ability to carry the rated weight of the vehicle. Fuel mileage and proper handling of the vehicle is a great cost saving for the company. Without proper tire maintenance, the tire can wear or fail. There was testimony by Bryan Olson that the vehicle was pulling to the right prior to the accident. The pulling should have been investigated when the ill handling occurred.

Companies that operate this size of vehicles have developed their own standard for inspection and maintenance to assure the vehicle performs safely and with longevity in mind. There are minimum standards and there are industry standards. When vehicles are used in a severe application such as construction sites, the company has to take additional effort to assure the safe operation of the vehicle. With the amount of flat tires and tires that have failed due to metal objects inserted in them on the job site, the customs and practices in the industry is to accomplish a risk assessment of the task to determine what additional policies and inspections would be necessary to assure the safety of their employees. Cundiff Steel Fabrication & Erection Inc. did not provide this effort to prevent this accident.

Cundiff Steel imposed no regulation or requirements to inspect the vehicle on a daily basis, or to perform a periodic inspection of the trucks to prevent any breakdowns or defects that would affect the safety of their employees.

Mr. Charles Pritchett, Jr.
Frost Brown Todd, LLC
400 West Market Street, Suite 3200
Louisville, KY 40202-3363
09-252 Page6

Cundiff Steel had the duty to properly maintain their vehicles, in the event they chose to contract out the maintenance of their vehicles; they were obligated to qualify the vendors who were to perform the maintenance on their vehicles. In this process, Cundiff Steel would have reviewed the inspection forms and policies of the third party vendors to assure themselves that items such as tire pressure were checked not only by the drivers but also by the trained professional technicians. During the relationship with the vendor providing the maintenance, Cundiff Steel should have audited the performance of the vendor to assure the vehicles were properly maintained.

Pat Cundiff, and Jeff Cundiff, testified that they indicated they had safety meetings on a regular basis. Most of the testimony indicated the meetings were dedicated to what is called "Tool Box" meetings that satisfy 29 CFR 1926 and 1910 OSHA regulations. A passing statement might be in relation to the operation of the trucks along with passing out brochures in the paychecks on driving safety. There is no evidence of a drivers skill test required before being allowed to operate the vehicles, nor was any driver history checked prior to authorizing an employee to operate a company vehicle. The standard in the industry is to qualify the driver in accordance with the State commercial motor vehicle regulation and what other requirements the insurance company may impose on the policyholder.

The management of Cundiff Steel testified that, they provided no defensive driver training relevant to a tire event or any evasive maneuver to any of their employees. Small fleets, such as Cundiff Steel will employ the help of the loss prevention department of the insurance company they are insured with to assist in this valuable training.

Programs for Defensive driving can be obtained from local risk management services, internet, State Trucking Associations, Steel Fabricators Associations as well as other groups that could facilitate this instruction for their employees. For example, Michelin Tire Company produced a driver training video many years ago that is used currently for driver training programs. It illustrates the proper manner to control a vehicle during a rapid air loss from a tire. I personally have experienced a rapid air loss from a steering tire on a tractor-trailer so I know it can safely be controlled, as illustrated by Michelin, without loss of control.

CONCLUSIONS:

1.  Mr. Olson and Mr. Clark were in violation of their company's policy of wearing seat belts when operating company vehicles.

2.  Mr. Olson and Mr. Clark were in violation of their company's policy for driving the truck without the permission of the company.

3.  A vehicle experiencing a tread separation and a rapid air loss from a tire can be controlled without incident. Cundiff Steel Fabrication & Erection Inc. had one other incident of rapid air loss from a tire by another employee and that person did not lose control of the truck.

6

Mr. Charles Pritchett, Jr.
Frost Brown Todd, LLC
400 West Market Street, Suite 3200
Louisville, KY 40202-3363
09-252 Page7

**Cundiff Steel Fabrication & Erectors should have followed the following policies:**

Established a driver qualification and training program for all drivers of company vehicles.

Established a preventative maintenance program requiring daily vehicle inspections by any driver who operated a company vehicle.

Established a company policy relevant to policing employees who violate company policies and enforced a progressive discipline program to prevent employees from operating company vehicles if they do not wear seat belts while the vehicle is in motion.

Cundiff Steel did not provide any training for their drivers to prevent any loss of control events that might occur while operating their company vehicles.

Cundiff Steel had no established management control of their employees regarding the use of company vehicles.

Cundiff Steel had no established risk management program relevant to the safe operation of their fleet vehicles.

Cundiff Steel should have established a relationship with the Loss Prevention department of their insurance company to assist in establishing a risk management program to include vehicle inspections.

I reserve the right to amend this report in the event additional materials are presented for my review. If you have any questions, please feel free to contact me. Thank you for your consideration in this matter.

Sincerely,

FAY ENGINEERING CORP.

Norris Hoover
Risk Management Consultant

# *Biographical Sketch for*
# *Norris D. Hoover*



Fay Engineering Corp
5201 East 48th Avenue
Denver, Colorado 80216
303-333-5209

# Biographical Sketch For
# Norris D. Hoover

## Education

| | |
|---|---|
| 1964 | Fairbury  High School<br>Fairbury, Nebraska |
| 1964 | Fairbury Junior College<br>Fairbury, Nebraska |
| 1970-1973 | Community College of Denver<br>North Campus, Denver, Co |
| 1974 | Metropolitan State college<br>Denver, Colorado |
| 1981-1982 | Liberty Mutual Insurance<br>Boston, Massachusetts<br>Decision Driving School |
| 1984-1985 | Colorado Motor Carriers<br>Accident Investigation School<br>Denver,  Colorado |
| 1996 | American Trucking Association<br>NATMI Instructor course<br>University of Indiana at Pennsylvania |
| 1998 | Hartford Insurance Co.<br>3-D  Driver  Trainer Program<br>Wheat Ridge, Colorado |
| 2005 | DEKRA Symposium<br>Neumunster, Germany<br>Load Securement Design |
| 2009 | DEKRA Symposium<br>Klettwitz, Germany<br>Securing of Cargo on Road Vehicles |

# Biographical Sketch For
# Norris D. Hoover

## Affiliations

American Trucking Association (past)
Colorado Motor Carrier Safety Council
American Society of Safety Engineers (past)
Canadian Trucking Association (past)
Society of Automotive Engineers (SAE #6109924706)
Wyoming Trucking Association Safety Council
North America Transportation Management Institute

## Credentials

Certified Vocational Program Director—Colorado
Certified Vocational Truck Driver Instructor
Certified NATMI Instructor
Colorado Motor Carriers Accident Investigation Training
Certified Commercial Driver's License Examiner
Certified Commercial Drivers License Training Instructor
Certified Master Lift Truck Instructor
Certified Detroit Diesel Motor Data Extractor
Certified Cummings Motor Data Extractor
Certified Caterpillar Motor Data Extractor
Certified Navistar MD Motor Data Extractor
Certified Volvo Motor Data Extractor
Certified Mercedes Motor Data Extractor
CDR Technician Class
Foundation Air Brake Certification—Colorado Motor Carriers Association

## Forensic Qualifications

Testimony in State and Federal courts throughout the United States for both Plaintiff and Defense.

# Biographical Sketch for
# Norris D. Hoover

## Employment  Background

1969-1970    Petco Incorporated—Interstate Trucking
Semi-Truck Driver hauling petroleum products

1970-1972    Boat House Inc.
General Sales Manager-Retail business Manager
Conduct all management duties & Sales
Transport loads of boats from the factory t the retail outlet

1972-1973    Thomas B. Martinez Trucking, Inc
Regional construction material carrier—Flatbed combination units

1973-1974    Merit Wrecker Service, Inc
Interstate Diesel Wrecker Operation
Recovery of disabled trucks due to breakdown or accident

1974-1976    Regional Transportation District (RTD)
Driver, Driver Trainer—Charter Department representative

1976-1978    San Juan Tours, Inc.
Director of Safety and Claims
Responsible for all drivers qualification, driver training
and adjudication of property claims

1978-1979    Curtis Vocational School
Truck Driver Training Program
Responsible for curriculum and instruction of Federal Motor Carrier
Safety regulations, Administer psychological and physical testing
Assisting the safety department in accident investigation & compliance

1979-1989    Trans-Western Express, Ltd
Director of Safety—Driver Qualification & Personnel matters
Director, vocational training center, initiate safety incentive programs
Total responsibility for fleet claims and accident investigation

# Biographical Sketch For
# Norris D. Hoover

1980-1990    Transportation Consultant Specialists, Inc.
             President
             Owner-Operator operations of a semi-tractor fleet. Leased trucks to major interstate
             carriers. Transportation consultant for both Plaintiff and Defense counsel
             Testifying in areas pertaining to driver performance, vehicle performance
             DOT regulations and accepted industry standards

1989-2002    United Driver Services, Inc.
             President
             Coordination of all phases of operations, including business management,
             driver training, marketing, complete interface with customers in development
             of custom training programs for 29, 40, 49 CFR programs, which include related disciplines
             of automotive consulting.

             Fay Engineering, Corp.
             Transportation Specialists
2002-Present Accident investigation, heavy truck vehicle inspection, driver and vehicle performance
             evaluations, ECM Downloads, expert witness participation
Present            Part-Time Motor Coach & Truck Operator

# Teaching & Consulting
Seminars on Fleet Safety
Classroom instruction on Commercial Driver Training, vehicle maintenance
Hazardous Materials and OSHA Compliance
Consultation with fleets and governmental agencies
Defensive Driving Instructor
NATMI Training Seminars - 1996
NPTC Fleet Safety Training Seminars
Idealease Customer Fleet Safety Training programs
Lorman Educational Seminars
Defense Research Institute Seminars

# Publications
Monthly safety newsletter published for customers at over 300  international locations
Transportation consumer training manual for materials and training aids available to customers
Video training programs for heavy duty straight truck—Class B
Video training programs for tractors and trailers—Class A
CD Interactive Driver Training Programs—Daily Vehicle Inspections
CD Interactive Driver Training Programs—Tie Down & Securement Program
Student Text Book for heavy duty trucks
Numerous custom training program for fleets
New Technologies in Braking systems SAE Paper 2003-01-3396 presented at the Truck & Bus Meeting
November 2003
Daily Vehicle Inspections and Vehicle Maintenance Issues in Accident Reconstruction,
SAE Paper 2007-01-0722
Performance Evaluation of Cargo Straps. Presented at DEKRA VDI Symposium 2009

# Norris D. Hoover
## Personal References

Mr. William Keating
Fogel, Keating & Wagner
Attorney at Law
1290 Broadway
Suite 600
Denver, CO 80203
303-534-0401

Mr. Greg Fulton
President—CMCA
Colorado Motor Carriers Association
4060 Elati Street
Denver, Colorado 80216
303-433-3375

Mr. Richard Lammers
United States Truck Driving School
8150 West 48th Avenue
Wheat Ridge, Colorado 80033
303-431-7600

Mr. Scott Brush
Colorado Charter Lines
4960 Locust Street
Commerce, City, Colorado 80022
303-287-0239

Kathy Cundall
Wyoming Trucking Association
P.O. Box 1909
Casper, Wyoming  82602
307-234-1579

Mr. Douglas Rennie
Montgomery Rennie & Johnson
36 East Seventh Street
Suite 2100
Cincinnati, Ohio 45202
513-241-4722

## Norris D. Hoover, Testimony *12/30/2009*

| Date | Action No | Location | Title | D/T |
|------|-----------|----------|-------|-----|
| 10/13/2004 | No: 010909683 | The Third District Court, in and for Salt Lake County, State of Utah | Thomas William Green, II, vs. Freightliner Corporation; Empire Truck Sales; and Jone Does 1-10 | Depo/D |
| 1/14/2005 | No: 1:03-CV-1391 | The United States District Court Eastern District of Texas, Lufkin Division | Stephen John Irving, vs. Freightliner, L.L.C. | Depo/D |
| 1/25/2005 | No: 502 CV 137 | The United States District Court, Eastern Division of Texas, Tesarkana Division | Lumpkin vs. Freightliner | Depo/D |
| 1/27/2005 | No: 03-CV-1391 | Superior Court of the State of California In and For the County of Orange | Randolph Scott Scott Smith vs. Mike Brown Grandstands, Inc. a Delaware corporation: Prentiss Nephew, an individual:  Prentiss Nephew, dba as Nuday Transportation: and Does 1 through 50, inclusive | Depo/D |
| 2/10/2005 | Case No: A461108 | District Court Clark County, Nevada | Geraldine Contreraz, vs. Robert J. Ross, individually; Nevada Beverage Company, and DOES I through X, inclusive; and ROE Corporations I through X, inclusive | Trial/D |
| 3/3/2005 | Case No: EDCV 03-78 | United States District Court for the Central District of California | Renee Tillman, individually, and as the Successor-in-Interest to the Estate of Timmy Wayne Tillman vs. Freightliner, LLC | Trial/D |
| 3/7/2005 | Case No: CVS-01-1080 PMP-PAL | United States District Court District of Nevada | Werner Umbreit vs. Superior Tour Service, a Nevada corporation; John J. Campolo; and DOES 1 through X, inclusive. | Trial/D |
| 3/16/2005 | Case No: 1:03-CV-1391 | United States District Court Eastern District of Texas Lufkin Division | Stephen John Irving, vs. Freightliner, L.L.C. | Trial/D |
| 4/6/2005 | No: 02-4058-GPM | The United States District Court for the Southern District of Illinois | Millard Baltzell and Ruth Ann Baltzell vs. R and R Trucking Company, a corporation, Freightliner Corporation, a corporation, Lufkin Industries, Inc., a corporation, and Joplin Trailer Sales, a corporation. | Trial/D |
| 4/27/2005 | No: 2002-051077 | The Superior Court of the State of California for the County of Alameda | Khalid Iqbal, et al vs. Michael William Riddle, et al. | Depo/D |
| 6/7/2005 | No: 03-CI-03015 | Commonwealth of Kentucky, Jefferson Circuit Court, Division 13 | Terri Bernard, et al vs. D.J. Leasing, LLC D/B/A Thrifty Car Rental and Vehicle Leasing Services, et al. | Depo/D |
| 7/7/2005 | No: GIE 022877 | Superior Court of te State of California for te County of San Diego - East County Division (El Cajon) | Clarendon National Insurance Company vs. Gerald Edward Davis, Ken Dabbs; Does 1 to 50 , Inclusive | Depo/P |
| 7/28/2005 | No: S-1500-CV-251542 RJA | Superior Court of California County of Kern | Dennis C. Brown vs. Hancor, Inc., and DOES 1 through 50, and Hancor Holdings, Inclusive vs. D&H, L.L.C. and ROES 1 to 50, Inclusive, Cross-Defendants | Depo/D |

## Norris D. Hoover, Testimony *12/30/2009*

| Date | Action No | Location | Title | D/T |
|------|-----------|----------|-------|-----|
| 8/26/2005 | No: 16-2004-004558-CA | The Circuit Court of the Fourth Judicial Circuit, in and for the Duval Country, Florida | Kathryn Hansen vs. Sun Belt Rental, Inc.and Martin Lopez | Depo/D |
| 8/30/2005 | No: 2002057650 - CA | Alemada County Superior Court, Pleasanton, Ca. | Christina Modica vs. KKW Trucking, Gerardo Murillo | Trial/D |
| 10/11/2005 | No: 16-2004-004558-CA | The Circuit Court of the Fourth Judicial Circuit, in and for the Duval Country, Florida | Kathryn Hansen vs. Sun Belt Rental, Inc.and Martin Lopez | Trial/D |
| 11/7/2005 | No: 4744 of 1997 | The Court of Common Pleas of Westmoreland County, Pennsylvania | Barbish Environmental Services Technology, Inc. and E.S.T.I., Inc. vs. Volvo GM Heavy Truck Corporation, Inc. and Pittsburgh Mack Sales & Service, Inc. t/d/b/a Volvo Heavy Trucks of Pittsburgh | Trial/D |
| 11/15/2005 | No: 04-2-10445-4 | Superior Court of Washington for Pierce County | Richard D. Wright, et al., vs. Jon A. Chapman and Jane Doe Chapman, et al. | Depo/D |
| 1/26/2006 | No: S-1500-CV-251542 RJA | Superior Court of California County of Kern | Dennis C. Brown vs. Hancor, Inc., and DOES 1 through 50, and Hancor Holdings, Inclusive vs. D&H, L.L.C. and ROES 1 to 50, inclusive, Cross-Defendants | Trial |
| 1/10/2006 | No: 05-378 CA 04 | The Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida | Alejandrina Aloma and Jorge Aloma, her husband, vs. Ernesto M. Cepero, D.O.C. Transport, Inc. and Central Concrete Supermix, Inc. | Depo/D |
| 3/15/2006 | No: CV2004-017897 | The Superior Court of the State of Arizona in and for the County of Maricopa | David Franklin and Janis Franklin, husband and wife, vs. International Truck and Engine Corporation, a foreign corporation authorized to do business in the State of Arizona and Navistar International Corporation, a foreign corporation authorized to do business in the State of Arizona. | Depo/D |
| 3/16/2006 | No: Ci04-109 | The District Court for Scotts Bluff County, Nebraska | Karen M. Heth, Personal Representative of the Estate of William J. Heth vs. Vernon L. Parker and Western Sugar Cooperative Corporation | Trial/D |
| 3/21/2006 | No: C-1301-05-D | The District Court for Hidalgo County, Texas, 206th Judicial District. | Alejandra Galan Individually as Representative of the Estate of Sergio Galen, and as Next Friend of Sergio Galan, Jr. and Walkiria Alejandra Galan, Minor Children and Manuel Galen and Ofelia Galan vs. Navistar International Transporatation Corp., International Truck and Engine Corporation, and Thomas Fuel Lubricants, Inc. | Depo/D |
| 4/21/2006 | No: 02-172-WOB | United States District Court Eastern District of Kentucky at Covington. | McNay, Young, and Embry vs. GEO Transportation Company, Inc.; Dairy Farmers of America, Inc.; DFA Logistics; and Kenneth Chandler, Jr. | Depo/P |

## Norris D. Hoover, Testimony *12/30/2009*

| Date | Action No | Location | Title | D/T |
|------|-----------|----------|-------|-----|
| 5/11/2006 | No: SCVSS120813 | Superior Court of the State of California for the County of San Benardino, Central Justice District | Olga Torres, Gina Torres, Arlie Torres, and Danny Torres vs. Swift Transportation Company and Does 1 through 100 inclusive, Performance Transportation Systmes DBA Hadley Auto Transport vs. Swift Tranportation Company, Inc. and Roes 1 through 100, Inclusive. | Depo/D |
| 5/22/2006 | No: 05CC02037 | Superior Court of the State of California, County of Orange, Central Justice Center | Elsa Maria Reyes, et al., vs. T.A. Staben, Inc., et al. | Depo/D |
| 6/2/2006 | No: 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-CIV | The Circuit Court of Hinds County, Mississippi, First Judicial District | Ms. Cobbie Luckett, et al  vs. Choctaw Maid Farms, Inc. et al. | Depo/D |
| 6/9/2006 | No: 5:03CV2076 | United States District Court Western District of Louisiana Shreveport Division | Freddie Smith, et al vs. Michael J. Fithian, et al | Depo/D |
| 9/15/2006 | No: A490434 | District Court, Clark County, Nevada | Barbara Vega vs. Dolores Camacho, individually; Juan Camacho, indivisually; and Dolores Camacho and Juan Camacho d/b/a Amigos Auto Repair and Towing; Nicholas Olivo and Does 1 through X and Roes 1 through X, inclusive | Depo/D |
| 10/13/2006 | No: LC-072001 | Superior Court of the State of California for the County of Los Angeles | Telesforo Gonzalez vs. Schneider National Carriers, Inc., business entity, form unknown; Jorge Alberto Segovia, an individual; Sinanlan Development Inc., a business entity, form unkown, City of Los Angeles, a public intity | Depo/D |
| 10/31/2006 | No: LC-072001 | Superior Court of the State of California for the County of Los Angeles | Gonzales vs. Schneider National Carriers | Trial/P |
| 1/10/2007 | No: CV007121 | Superior Court of the State of the State of California for the County of San Joaquin | Collins v. Navistar International Transportation Corp. | Depo/D |
| 3/6/2007 | No: 2006CV00227-EWN-MEH | United States District Court, The District of Colorado | Rick Johnson vs. USA Truck, Inc., A Non-Registered Foreign Corporation doing business in Colorado and Terrick K. Scott | Depo/P |
| 5/8/2007 | No: 0516-CV2291 | The Circuit Court of Jackson County, Missouri at Independence | Kathleen K. Thomas vs. Midway Transport, L.L.C., et al. | Depo/P |
| 5/11/2007 | No: MER-L-0376-04 | Superior Court of New Jersey Law Division/Mercer County | Andrew Buchko vs. International Truck & Engine Corp., Heil Environmental Industries, LTD., Liberty Truck Equipment Co., Inc., International Trucks of Central Jersey, et al. | Depo/D |
| 7/11/2007 | No: 00-459 CA | The Circuit Court of the 19th Judicial Circuit in and for Martin County, Florida | Wyatt Proxmire and Kelly Proxmire, his wife vs. International Truck and Engine Corporation | Depo/D |
| 8/20/2007 | No: MER-L-0376-04 | Superior Court of New Jersey Law Division/Mercer County | Andrew Buchko vs. International Truck & Engine Corp., Heil Environmental Industries, LTD., Liberty Truck Equipment Co., Inc., International Trucks of Central Jersey, et al. | Trial/D |

**Norris D. Hoover, Testimony** *12/30/2009*

| Date | Action No | Location | Title | D/T |
|------|-----------|----------|-------|-----|
| 10/12/2007 | No:  VCVVS 040866 | Superior Court of the State of California for the County of San Bernardino, Barstow District | Laura Pavlock, individually and as Successor in Interest to David James Pavlock, and Lauren Pavlock, a minor, by and through her Guardian Ad Litem Laura Pavlock vs. James H. Clark & Sons, Inc.; Joshua Eugene Butts; State of California; Caltrans; City of Hesperia | Depo |
| 11/18/2007 | No:  05 L 337 | State of Illinois in the Circuit Court of the Tenth Judicial Circuit, Peoria County | Patricia Moncelle, Special Administrator of the Estate of Michael Moncelle, deceased, and Individually vs. C.A.P. Air Freight, Inc., and Matthew F. Gross | Depo/D |
| 1/23/2008 | No:  2007CV1048 | District Court of the 17th Judicial District, Counmty of Adams, State of Colorado | Louie M. Ortivez vs. Barton Leasing inc., and Eric K. Millard | Depo/D |
| 3/13/2008 | No:  NC 038382 | Superior Court of the State of California, The County of Los Angeles-South District | Adolfo Segura; Guadalupe De Segura; Gabriel Adolfo Segura, et al., vs. Mitsubishi Cement Corporation; Mitsubishi Cement Cororation d/b/a MCC-Lucky Cement; Mack Trucks, Inc.; Beall Corporation et al. | Depo/D |
| 3/18/2008 | No:  169-562 | District Court for the First Judicial District County of Laramie, State of Wyoming | Peter D. Brophy, by his gaurdian and conservator, Kate Brophy, and Kate Brophy, Individually vs. Werner Enterprises, Inc., and Cheryl R. Neal | Deop/D |
| 5/3/2008 | No.  07 CV 216 | District Court, County of Boulder, State of Colorado | Christopher Martinez vs. U-Haul Co., of Colorado, a Colorado corporation and Longview Hitches, Inc., a Colorado corporation | Depo/D |
| 6/3/2008 | No:  07-cv-00029-CAB | United States District Court for the District of Colorado | Curtis Graves and David Evans, as the Co-Personal Representatives of The Estates of Laura K Graves, Kaleb Graves, Kelsey Graves, and Cameron Graves, Deceased vs Milan Caldwell; XMX, Inc., and Idaho corporation; Prescott Hayden; NBX Enterprises, Inc., a Georgia corporation; Jonathan Petree; Builders Transporation Co., Inc., an Arizona corporation; and Berkut Transport inc., an Oregon corporation | Depo/D |
| 6/16/2008 | No:  07-CV-1656-REB-MEH | United States District Court for the District of Colorado | Robert Baxter and Debra Baxter and Pinnacol Assurance vs. James A. Pinkston and United Warehouse Company , a Kansas Corporation. | Depo/D |

## Norris D. Hoover, Testimony *12/30/2009*

| Date | Action No | Location | Title | D/T |
|------|-----------|----------|-------|-----|
| 6/27/2008 | No: CIV 06-1076 MCA/LFG | United States District Court for the District of New Mexico | BNSF Railway Company, a Delaware Corporation vs. Lafarge Southwest, Inc., a New Mexico Corporation and wholly owned subsidiary of Lafargo North America, Inc., a Maryland Corporation, The Estate of Robert J. Valencia and The Estate of Carol E. Duran and Stella R. Valencia, Individually and as Personal Representative of the Estate of Robert J. Valencia, John Kelly Valencia, Deseree Richelle Valencia, Stephanie Estelle Valencia and Lillian S. Valencia, Mike Taft d/b/a Taft Construction, El Paso Corporation d/b/a El Paso Natural Gas Co. et al | Depo/D |
| 8/13/2008 | No: 185070T 0787 | County Court B of Arapahoe Court, Aurora, State of Colorado | The People of the State of Colorado vs. Cynthia Charlesbois | Trial |
| 10/8/2008 | Case No. 2:2007cv00054 | The United States District Court for the District of Wyoming | Guinn et al v. Builders Transportation et al | Trial |
| 10/16/2008 | No: S7CVCV06-42829 | Superior Court of the State of California, County of Inyo | Patricia Watkins vs. Phillipe James; Swift Company; John and Jane Does I-L; and Black and White Corporations I-X, inclusive | Depo |
| 10/29/2008 | No: 2006-L-001766 | The Circuit Court of Cook County, Illinois, County Department Law Division | Doug Kvapil vs. TNT Logistics North America Inc., a Delaware corporation and Nussbaum Trucking, Inc., an Illinois corporation | Depo/D |
| 12/22/2008 | No: 08CV088-J | The United States District Court for the District of Wyoming | Clinton Kelly and Julie Kelly vs. Union Pacific Railroad Company, a Delaware corporation; and BJ Service Company USA, a Delaware corporation. | Depo/D |
| 1/22/2008 | No: 2:07-CV-02517 | The United States District Court Western District of Tennessee, Western Division at Memphis | Chad Vest, Individually and as Special Administrator of the Estate of Allen J. Vest, vs., Freightliner, LLC | Depo/D |
| 1/21/2009 | No: 08CV007438 | State of Wisconsin, Circuit Court, Milwaukee County | M&J Transportation Expeditors, LLC vs. Volvo Trucks North America, Inc., Milwaukee Mack Aslaes, Inc. | Depo/D |
| 6/8/2009 | No. 05-L-3 | The Circuit Court of the Eleventh Judicial Circuit Livingston County, Illinois | Dawn Siwinski, Individually and as Special Administrator of the Estate of Stephanie K. Siwinski, Deceased vs. Larry L. Rust, Individually and as an Agent and/or Employee of Roger L. Morgan and Becky Lynn Morgan, d/b/a R&B Trucking; Roger L. Morgan; and Becky Lynn Morgan. | Depo/D |
| 6/11/2009 | No: 06-09186 CA 31 | The Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida | Charlotte Saravia and Ramiro Cajigas, her husband, vs. Cheema Trucking, Inc., a Florida Corporation; Storm Asset Management, Inc., a New Hampshire Corporation; P.S. Marston Associates, L.L.C. d/b/a Abenaqui Carriers, Inc., and the Estate of Syed Raza Zaid | Depo/D |

## Norris D. Hoover, Testimony *12/30/2009*

| Date | Action No | Location | Title | D/T |
|------|-----------|----------|-------|-----|
| 7/2/2009 | No: 1242449 | Superior Court of the State of California for the County of Santa Barbara | Richard Payne, Individually, and as Successor-In-Interest to Kendra Payne; Patricia T. Chiota, Individually, and as Successor - In - Interest to Kendra Payne, vs. Marcos Angel Almaguer; Mike A. Almaguer dba Mike Almaguer Trucking; City of State of California; Union Asphalt ,Inc. | Depo/D |
| 7/23/2009 | No: 07-C-2743 | In the Circuit Court of Kanawha County, West Virginia | Kevin Wiggins vs. All Crane & Equipment Rental Corporation, a Delaware Corporation, and Chad Shamblin | Depo/D |
| 11/24/2009 | Case No. 08CV6119 | The United States District Court Western District of Missouri | Marcia Turner vs. Enterprise Leasing Company of St. Louis, et al. | Depo |
| 12/1/2009 | Case No. 2009-CA-646 Division CV-B | The Circuit Court, Fourth Judicial Circuit, in and for Clay County, Florida | Stanley L. Bippus and Jennifer Bippus vs. Mid-Fla. Hauling, Inc., a Florida Corporation, Personette Trucking, Inc. a Florida Corporation and Norman Personette | Depo |
| 12/16/2009 | Case No. CI07-2059 | The District Court of Lancaster County, Nebraska | BNSF Railway Compnay v. Contech Construction Products Inc., v. Robert Kemerling, and Ranchers, Inc. | Depo |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## STATE TRUCKING ASSOCIATIONS

**Edward Crowell**
*President & Chief Executive Officer*
Georgia Motor Trucking Association, Inc.
1300 Lake Park Drive
Smyrna, GA 30080
Ph: 770-444-9771
Fax: 770-444-9442

**Gareth Sakakida**
*Managing Director*
Hawaii Transportation Association
2850 Paa St., room 204
Honolulu, HI 96819
Ph: 808-833-6628
Fax: 808-833-9486

**Brenda Neville**
*President*
Iowa Motor Truck Association, Inc.
717 East Court Ave.
Des Moines, IA 50309
Ph: 515-244-5193
Fax: 515-244-2204

**Kathleen Fowers**
*President*
Idaho Trucking Association
5171 W. Overland Road
Boise, ID 83705
Ph: 208-342-3521
Fax: 208-343-8397

**George Billows**
*Executive Director*
Illinois Trucking Association, Inc.
7000 South Adams
Willow Brook, IL 60527
Ph: 630-654-0884
Fax: 630-654-0899

**Kenneth Cragen**
*President & Chief Executive Officer*
Indiana Motor Truck Association, Inc.
1 North Capitol Ave.
Indianapolis, IN 46204
Ph: 317-630-4682
Fax: 317-630-0072

**Thomas Whitaker**
*Executive Director*
Kansas Motor Carriers Association
2900 South Topeka Blvd.
Topeka, KS 66601-1673
Ph: 785-267-1641
Fax: 785-266-6551

**Jamie Fiepke**
*President/CEO*
Kentucky Motor Transport Assoc., Inc.
617 Shelby St.
Frankfort, KY 40601
Ph: 502-227-0848
Fax: 502-227-0849

**Cathy Gautreaux**
*Executive Director*
Louisiana Motor Transport Association, Inc.
4838 Bennington Ave.
Baton Rouge, LA 70808
Ph: 225-928-5682
Fax: 225-928-0500

**David Roberts**
*President*
Mississippi Trucking Association
825 North President Street
Jackson, MS 39202
Ph: 601-354-0616
Fax Fax: 601-354-4371

**Anne Lynch**
*Executive Director*
Massachusetts Motor Transp. Assoc., Inc.
10 Liberty Sq.
Boston, MA 02109
Ph: 617-695-3512
Fax: 617-695-0533

**Anne Ferro**
*President*
Maryland Motor Truck Association, Inc.
3000 Washington Blvd.
Baltimore, MD 21230
Ph: 410-644-4600
Fax: 410-644-2537

ABOUT CMCA

MEMBERSHIP LISTINGS

STATE & FEDERAL
GOVERNMENT

STATE TRUCKING
ASSOCIATIONS

National Private Truck Council - Private Fleet Management Institute Program



About Us   Join NPTC   Newsroom

Username or email                          Password

[✓] Remember me    Lost Password?   New User?

search

Home    Professional Development    Education    Fleet Institute    Program

# Private Fleet Management Institute Program

**NPTC Private Fleet Management Institute**
**January 16-20, 2010 -- Jacksonville, Florida**

## Preliminary Program Agenda

For complete program details inlcuding speakers, Click Here .

**Saturday, January 16**

- Justifying the Private Fleet: Creating a Culture of Excellence
- Network Analysis: Establishing the Appropriate Role for the Private Fleet
- Private Fleet Optimization, Benchmarking and the Private Fleet Assessment Program
- Six Sigma and the Art of Lean Logistics
- Networking Reception

**Sunday, January 17**

- Networking Breakfast
- Measuring and Improving Customer Service
- Transportation Alternatives: Integrating the Private Fleet with Dedicated Operations
- Communications Strategies: Communicating Effectively with Finance, Upper Management and Employees
- Financial Strategies for the Private Fleet Executive
- Forecasting Demand and Resources
- Financial Models of the Private Fleet
- Financial Reports and Budgeting
- Fuel Hedging and Fuel Surcharges
- Key Performance Indicators
- Return on Investment Measures
- Communicating with the CFO

**Monday, January 18**

- Networking Breakfast
- Maintenance Strategies for the Private Fleet Executive
- Compliance Requirements
- Trade Cycle Strategies
- Acquisition and Spec'ing Strategies
- Strategies for Fuel Economy
- Environmental Sustainability
- Enhancing Shop and Human Resource Utilization
- Outsourcing Strategies
- Technology Best Practices (Data Management, TMS Selection and Benefits and Predictive Modeling)
- Backhaul Strategies
- Networking Reception

National Private Truck Council - Private Fleet Management Institute Program          Page 2 of 2

**Tuesday, January 19**

- Networking Breakfast
- Human Resource Strategies
- Effective Recruiting and Hiring
- Compensation and Incentive Programs
- Performance Appraisal and Scorecards
- Training
- Mentoring, Coaching and Discipline
- Succession Planning
- Driver Leasing
- Developing an Effective Safety Program
- Surviving a DOT Audit/Conducting a Mock Audit
- Mitigating Worker's Comp Exposure and Costs

**Wednesday, January 20**

- Networking Breakfast
- Managing Multiple and Remote Operations
- The Greening of the Fleet: Enhancing Environmental Sustainability
- Fuel Purchasing Strategies
- Case Study Presentations
- Graduation and Feedback

'''' Optional Program ''''

**CTP Examination Preparation Workshop**
Friday, January 15, 8:00 am – 4:00 pm

Participate in this specialized study group and review the core areas of knowledge covered in the CTP examination. Polish your writing skills, prepare for the case study analysis, network with candidates, and complete a sample multiple choice examination. The is a separate event requiring an additional registration fee over and above the Private Fleet Management Institute.

The next CTP exam is scheduled for Saturday, February 13, 2010.

NPTC Store          Terms of Use    Privacy    Site Map

National Private Truck Council • 950 N. Glebe Road, Suite 520 • Arlington, VA 22203-4183
tel 703-683-1300 • fax 703-683-1217
©2008 National Private Truck Council • All Rights Reserved





## FAY ENGINEERING CORP.
5201 E. 48TH AVE.  /  DENVER, CO 80216  /  303-333-5209

*December 16, 2009*

**PROFESSIONALS**

### BILLING RATES

Consultation and Analysis
and Testimony (per hour)

**President:**
  Richard J. Fay,     M. S., P.E.          $275.00

**Vice President:**
  Ric D. Robinette,     M.S., P.E., ACTAR    275.00

**Senior Engineer:**

| | | |
|---|---|---|
| Rex E. Paulsen, | Ph.D., P.E. | 275.00 |
| John D. Scott | B.S., P.E., ACTAR | 200.00 |
| Roger E. Salters | Ph.D, E.E. | 200.00 |
| Carl F. Mangone | M.S., P.E. | 200.00 |
| Robert W. Hessek | B.S., P.E. | 180.00 |
| Randolph J. Harris | B.S., Ch.E., C.F.E.I. | 175.00 |
| John M. Huebsch | B.S., M.E. | 175.00 |

**Transportation Specialist:**
  Norris D. Hoover          200.00

**Fire Specialist:**
  Bruce Birza          125.00

**Engineer:**
  Adam A. Michener,     M.S., P.E.    150.00

**Computer Engineer:**
  Patrick Fay     B.S., C.S.    150.00

**Computer Graphics Specialist/Technician:**
  David Sparks         110.00
  Sean Willsey         110.00

**Computer Graphics Technician:**
  Jason L. Johnson         100.00
  Jason S. Smith         100.00

**Senior Technician:**
  Mark Robinette         100.00

**TECHNICIAN B:**     70.00     *Clerical 40.00*
**TECHNICIAN C:**     60.00     *Delivery 50.00*

**ECM DOWNLOAD**     $600.00
**CRASH DATA RETRIEVAL**     $250.00

**NOTES:**
(1)    A 10% handling charge will be added to all expenses incurred.
(2)    Terms of invoice:  Net 30 days.