**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

RACHEL CLARK                                                      **PLAINTIFF**

VS                                          **CIVIL ACTION NO. 3:07CV-339-H**

HUBER TIRE, INC., et al.                                      **DEFENDANT(S)**

### ORDER

      Counsel having notified the Court of a settlement in this matter on July 26, 2010; **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within forty-five (45) days if the settlement is not consummated.  Counsel may tender a supplemental order of dismissal if they so desire.  **The jury trial scheduled for August 24, 2010 is remanded from the Court's docket.**

Date: July 27, 2010

Copies:
All counsel
Jury Clerk